S 44
Rev. 12/96

# VIL COVER SHEET

*Receipt 113926*

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**

ALMA T. TAITAGUE
BILL TAITAGUE

**DEFENDANTS**

ALBERTSON'S

**B-00-099**

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   **CAMERON**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   **ADA COUNTY, IDAHO**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

MR. ANTHONY TROIANI
700 PAREDES AVENUE, SUITE 106
BROWNSVILLE, TEXAS 78520
(956) 541-4235

ATTORNEYS (IF KNOWN)

MS. MIRIAM O. VICTORIAN
THORNTON, SUMMERS, BIECHLIN, DUNHAM & BROWN, L.C.
418 EAST DOVE
MCALLEN, TEXAS 78504 (956) 630-3080

## I. BASIS OF JURISDICTION   (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government
      Plaintiff

☐ 2 U.S. Government
      Defendant

☐ 3 Federal Question
      (U.S. Government Not a Party)

☒☒ Diversity
      (Indicate Citizenship of Parties
      in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES   (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN   (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original
      Proceeding

☒ 2 Removed from
      State Court

☐ 3 Remanded from
      Appellate Court

☐ 4 Reinstated or
      Reopened

☐ 5 Transferred from
      another district
      (specify)

☐ 6 Multidistrict
      Litigation

☐ 7 Appeal to District
      Judge from
      Magistrate
      Judgment

## V. NATURE OF SUIT   (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | | | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 151 Medicare Act | | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | | | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | **LABOR** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | | | | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☒ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| | | | | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Report- ing & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | | **FEDERAL TAX SUITS** | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U S Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act | | |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION   (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE   DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

28 U.S.C. 1332 and 28 U.S.C. 1441(a)(b) and 1445(b)
This is a personal injury case in which Plantiffs are residents of this state and Defendant is incorporated and has as it principle place of business another state.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
   UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒☒ YES   ☐ NO

## VIII. RELATED CASE(S) IF ANY   (See instructions):

JUDGE _____   DOCKET NUMBER _____

DATE   *27 Jun 2000*

SIGNATURE OF ATTORNEY OF RECORD   *Miriam O. Victoria*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

This form was electronically produced by Elite Federal Forms, Inc

# ORIGINAL

D-28812/3506     MOV:pdv          6/22/00

United States District Court
Southern District of Texas
FILED

JUN 2 8 2000

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALMA T. TAITAGUE AND | § | |
| BILL TAITAGUE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. **B-00-099** |
| | § | |
| ALBERTSON'S, INC. | § | |

### DEFENDANT'S NOTICE OF REMOVAL

TO THE UNITED STATES DISTRICT COURT:

NOW COMES Defendant, **ALBERTSON'S, INC.,** and removes the above

action from the County Court At Law #2 of Cameron County, Texas, to the United

States District Court for the Southern District of Texas, Brownsville Division and

files this Notice of Removal pursuant to 28 U.S.C. §§1441 and 1446.

## FACTS
### I.

On May 18, 2000, an action was commenced against Defendant,

Albertson's Inc., in the County Court At Law #2, Cameron County, Texas styled

*Alma Taitague and Bill Taitague vs. Albertson's, Inc.,* Cause No. C-2000-CC2-497-

B. The record reflects that Plaintiffs have demanded a trial by jury. A jury demand

was made by Defendant and a proper fee paid. Defendant has filed an answer.

### II.

This notice is timely under 28 U.S.C. § 1446(b). True and correct copies of

the following documents are attached hereto, pursuant to 28 U.S.C. §1446 (b):

(1)     All executed process in the case;

(2)     Pleadings asserting causes of action, e.g., petitions and answer to such pleadings;

(3)     A copy of the docket sheet;

(4)     An index of matters being filed;

(5)     A list of all counsel of record, including addresses, telephone numbers and parties represented.

## FEDERAL JURISDICTION
### Diversity
### III.

This case is a civil action of which this court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court pursuant to 28 U.S.C. §§ 1441(a)(b) and 1446(b). This is a civil action in which Plaintiffs' state citizenship is different from Defendant. Thus, there is complete diversity. The amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

## A. PLAINTIFF'S CITIZENSHIP

Plaintiffs, were, at the time of this suit was filed, and still are citizens of the State of Texas.

## B. DEFENDANT'S CITIZENSHIP

1.     Albertson's Inc, is a corporation whose home office is Idaho. Albertson's home office at the time of this incident at the time suit was filed was Idaho.

Respectfully submitted:

**THORNTON, SUMMERS, BIECHLIN,
DUNHAM & BROWN, L.C.**
418 East Dove
McAllen, Texas 78504
(956) 630-3080 Telephone
(956) 630-0189 Facsimile

BY: _Miriam O. Victoria_

MIRIAM O. VICTORIAN
State Bar No. 20576700
Federal I.D. No. 10469

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been

mailed, via certified mail, return receipt requested, to the following counsel on this

27th day of June, 2000.

Mr. Anthony Troiani
**LAW OFFICES OF ANTHONY TROIANI**
700 Paredes Avenue, Suite 106
Brownsville, Texas 78520

_Miriam O. Victoria_
MIRIAM O. VICTORIAN

D-28812/3506      MOV:pdv          6/22/00

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALMA T. TAITAGUE AND | § | |
| BILL TAITAGUE | § | |
| | § | CIVIL ACTION NO. B-00-099 |
| VS. | § | |
| | § | |
| ALBERTSON'S, INC. | § | |

### INDEX OF MATTERS TO BE FILED

1.  *Civil Docket Sheet*

2.  *Plaintiffs' Original Petition*

3.  *Plaintiffs' Request for Jury Trial*

4.  *Executed Citation: Albertson's, Inc.*

5.  *Defendant Albertson's, Inc..'s Original Answer*

6.  *Defendant Albertson's, Inc.'s Jury Demand*

7.  *Notice of Filing Removal*

8.  *List of all counsel of record and parties including their addresses*

D-28812/3506     MOV:pdv          6/22/00

CAUSE NO. 2000-CCL-497-B          B-00-099

| | | |
|---|---|---|
| ALMA T. TAITAGUE AND | § | IN THE COUNTY COURT AT LAW |
| BILL TAITAGUE | § | |
| | § | |
| VS. | § | NO. 2 |
| | § | |
| ALBERTSON'S, INC. | § | CAMERON COUNTY, TEXAS |

## LIST OF ALL COUNSEL OF RECORD AND PARTIES

**Plaintiffs:**

Alma T. Taitague
Bill Taitague

**Plaintiffs' Attorney:**

Mr. Anthony Troiani
**LAW OFFICES OF ANTHONY TROIANI**
700 Paredes Avenue, Suite 106
Brownsville, Texas 78520
(956) 541-4235
(956) 541-9147 (fax)
State Bar No. 00795914

**Defendant:**

ALBERTSON'S, INC.

**Attorney For Defendant:**

Ms. Miriam O. Victorian
**THORNTON, SUMMERS, BIECHLIN,**
**DUNHAM & BROWN, L.C.**
418 East Dove
McAllen, Texas  78504
(956) 630-3080 Telephone
(956) 630-0189 Facsimile
State Bar No. 20576700

RUN DATE 05/24/00
RUN TIME 11:4? AM

# CIVIL DOCKET

| DATE OF ORDERS | NAME OF PARTIES | * * * C L E R K ' S   E N T R I E S * * * | | KIND OF ACTION |
|---|---|---|---|---|
| | | ATTORNEYS | COURT'S DOCKETS | |
| | ALMA TAITTAGUE AND BILL TAITTAGUE<br><br>VS<br><br>ALBERTSON'S, INC. | (00468801) ANTHONY TROIANI | PAPERS FILED | (02)<br><br>SUIT ON DAMAGES |

Order setting filled out but discharged and has not been served (El.)

| 6/5/00 | | | 05/18/00 ORIGINAL PETITIO |
| | | | 05/18/00 PLAINTIFF'S ORIG |
| | | | INTERROGATORIES, |
| | | | PRODUCTION, RE |
| | | | 05/18/00 AND REQUEST FOR |
| | | | 05/18/00 PLAINTIFFS' REQU |
| | | | 05/18/00 PLAINTIFFS' INTE |
| | | | FOR PRODUCTION A |
| | | | 05/18/00 FOR ADMISSION |
| | | | 05/18/00 PLAINTIFFS' REQU |
| | | | DEFENDANT |
| | | | 05/18/00 MOTION FOR TRIA |
| | | | SETTING HEARING |

State of Texas
County of Cameron
I, Joe G. Rivera, County Clerk of
Cameron County, Texas, do hereby certify
that the foregoing is a true and correct
copy of the original record now on file
and/or recorded by me in the
_____ Records

JOE G. RIVERA, COUNTY CLERK
Cameron County, Texas
By_____ Deputy

6-02-00  Date

D-28812/3506   MOV:pdv   6/12/00

FILED FOR RECORD

AT _____ O'CLOCK _____ M

JUN 1 3 2000

JOE G. RIVERA
CAMERON COUNTY CLERK
By _____ Deputy

## CAUSE NO. 2000-CCL-497-B

| | | |
|---|---|---|
| ALMA T. TAITAGUE AND | § | IN THE COUNTY COURT AT LAW |
| BILL TAITAGUE | § | |
| | § | |
| VS. | § | NO. 2 |
| | § | |
| ALBERTSON'S, INC. | § | CAMERON COUNTY, TEXAS |

## DEFENDANT ALBERTSON'S, INC.'S ORIGINAL ANSWER
## TO PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, ALBERTSON'S, INC. , Defendant in the above-entitled cause of action, and files this its original answer, and for said answer, would show the Court as follows:

### I.

### GENERAL DENIAL

Pursuant to Texas Rule of Civil Procedure 92, this Defendant denies each and every material allegation of Plaintiffs' Original Petition and demands that Plaintiffs prove the same by a preponderance of the evidence, and in accordance with the Texas Rules of Civil Procedure and Texas law.

WHEREFORE, PREMISES CONSIDERED, this Defendant respectfully prays that Plaintiffs have, recover and take nothing from this Defendant, and that the Court enter Judgment that this Defendant go hence without day with all costs of court, and attorneys' fees to be paid by the party incurring same, and for all such further relief, general, special, legal and equitable which might be appropriate.

Respectfully submitted,

**THORNTON, SUMMERS, BIECHLIN,
DUNHAM & BROWN, L.C.**
418 East Dove
McAllen, Texas  78504
(956) 630-3080
(956) 630-0189 fax

BY: _____
MIRIAM O. VICTORIAN
State Bar 20576700

ATTORNEY FOR DEFENDANT
ALBERTSON'S, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing

has been forwarded to the following counsel of record, via certified mail, return

receipt requested on June 12, 2000.

Mr. Anthony Troiani
**LAW OFFICES OF ANTHONY TROIANI**
700 Paredes Avenue, Suite 106
Brownsville, Texas 78520
(956) 541-4235
(956) 541-9147 (fax)

_____
MIRIAM O. VICTORIAN

D-28812/3506 •   MOV:pdv          6/12/00

FILED FOR RECORD
AT _____ O'CLOCK ___M
JUN 1 3 2000
JOE G. RIVERA
CAMERON COUNTY CLERK
By_____ Deputy

CAUSE NO. 2000-CCL-497-B

| | | |
|---|---|---|
| ALMA T. TAITAGUE AND | § | IN THE COUNTY COURT AT LAW |
| BILL TAITAGUE | § | |
| | § | |
| VS. | § | NO. 2 |
| | § | |
| ALBERTSON'S, INC. | § | CAMERON COUNTY, TEXAS |

### DEFENDANT ALBERTSON'S, INC.'S JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, ALBERTSON'S, INC. , Defendant in the above-entitled cause of action, and moves this Court to set this case for trial before a jury and hereby tenders the requisite fee of twenty-two dollars and no cents ($22.00).

Respectfully submitted,

**THORNTON, SUMMERS, BIECHLIN,
DUNHAM & BROWN, L.C.**
418 East Dove
McAllen, Texas  78504
(956) 630-3080
(956) 630-0189 fax

BY: _____

MIRIAM O. VICTORIAN
State Bar 20576700

ATTORNEY FOR DEFENDANT
ALBERTSON'S, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing

has been forwarded to the following counsel of record, via certified mail, return

receipt requested on June 12, 2000.

Mr. Anthony Troiani
**LAW OFFICES OF ANTHONY TROIANI**
700 Paredes Avenue, Suite 106
Brownsville, Texas 78520
(956) 541-4235
(956) 541-9147 (fax)

**MIRIAM O. VICTORIAN**



D-28812/3506    MOV:pdv    6/26/00

FILED FOR RECORD
AT 2:30 O'CLOCK P M
JUN 26 2000
JOE G. RIVERA
CAMERON COUNTY CLERK
By _____ Deputy

## CAUSE NO. 2000-CCL-497-B

ALMA T. TAITAGUE AND        §    IN THE COUNTY COURT AT LAW
BILL TAITAGUE               §
                            §
VS.                         §    NO. 2
                            §
ALBERTSON'S, INC.           §    CAMERON COUNTY, TEXAS

## DEFENDANT ALBERTSON'S, INC.'S
## NOTIFICATION OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

Notice is hereby given of removal, pursuant to 28 U.S.C.A. §1332 and 28

U.S.C.A. §1441 of the above-styled and numbered cause of action from the

County Court At Law #2, Cameron County, Texas to the United States District

Court, Southern District of Texas, Brownsville Division, on this 26th day of June

2000.

Respectfully submitted,

THORNTON, SUMMERS, BIECHLIN,
DUNHAM & BROWN, L.C.
418 East Dove
McAllen, Texas  78504
(956) 630-3080
(956) 630-0189 fax

BY: ___Miriam O. Victorian___
MIRIAM O. VICTORIAN
State Bar 20576700

ATTORNEY FOR DEFENDANT
ALBERTSON'S, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing

has been forwarded to the following counsel of record, via certified mail, return

receipt requested on June 26, 2000.

Mr. Anthony Troiani
**LAW OFFICES OF ANTHONY TROIANI**
700 Paredes Avenue, Suite 106
Brownsville, Texas 78520
(956) 541-4235
(956) 541-9147 (fax)

_____
**MIRIAM O. VICTORIAN**

Case 1:00-cv-00099  Document 1  Filed in TXSD on 06/28/2000  Page 14 of 22

COPY

FILED FOR RECORD

AT _____ O'CLOCK _____ M

MAY 1 8 2000

JOE G. RIVERA
CAMERON COUNTY CLERK
By _____ Deputy

CAUSE NO. 00-007-497-B

| | | |
|---|---|---|
| ALMA TAITAGUE AND<br>BILL TAITAGUE | §<br>§<br>§ | IN THE COUNTY COURT |
| VS. | §<br>§<br>§ | AT LAW NO. _____ OF |
| ALBERTSON'S, INC. | §<br>§ | CAMERON COUNTY, TEXAS |

### PLAINTIFFS' ORIGINAL PETITION WITH INTERROGATORIES, REQUEST FOR PRODUCTION, REQUEST FOR ADMISSIONS AND REQUEST FOR DISCLOSURE

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, **ALMA TAITAGUE** and **BILL TAITAGUE**, hereinafter referred to as Plaintiffs, complaining of **ALBERTSON'S, INC.**, hereinafter referred to as Defendant and for cause of action would respectfully show unto the Court the following:

I.

Plaintiffs intend to conduct discovery in this cause under Level 2 of Rule 190 of the Texas Rules of Civil Procedure.

II.

Plaintiffs are residents of Brownsville, Cameron County, Texas.

Defendant **ALBERTSON'S, INC.**, is a Delaware Corporation duly authorized to do business under the laws of Texas. Defendant may be served by serving its registered agent, C.T. CORPORATION SYSTEMS, 350 N. St. Paul Street, Dallas, Texas 75201.

III.

The Defendant owns and operates a grocery store known as **ALBERTSON'S, INC.** located at 3555 Boca Chica Blvd., Brownsville, Cameron County, Texas. On or about May

Case 1:00-cv-00099   Document 1   Filed in TXSD on 06/28/2000   Page 15 of 22

30, 1999, during normal business hours, Plaintiffs **ALMA TAITAGUE** and **BILL TAITAGUE** went upon the business premises of Defendant at 3555 Boca Chica Blvd., Brownsville, Cameron County, Texas, for the purpose of purchasing groceries. Defendant extended an open invitation to the public, including Plaintiffs, to enter on the premises. Consequently, Plaintiffs were invitees to whom Defendant owed a duty to protect and safeguard from unreasonable dangers on the premises or to warn of their existence.

IV.

While upon Defendant's premises, Plaintiff, **ALMA TAITAGUE** suffered serious and possibly permanent bodily injuries as a result of a fall proximately caused by a dangerous condition on the premises which Defendant, its agents, servants, and employees knew of, or in the exercise of ordinary care, should have known existed. Specifically, as Plaintiff **ALMA TAITAGUE** approached an aisle in the fruit and vegetable section, she slipped and fell on a lime on the floor directly in front of the fruit and vegetable bins, causing injuries of which she now complains. Plaintiff **ALMA TAITAGUE** had to walk through the fruit and vegetable section in order to select the merchandise she was attempting to purchase.

Plaintiffs further allege that Defendant, its agents, servants, and employees negligently caused and negligently permitted such conditions to exist and negligently failed to warn Plaintiff **ALMA TAITAGUE** of the existence of the dangerous condition of the floor directly in front of the fruit and vegetable bins, causing injuries of which she now complains.

On the occasion in question, Defendant and its agents, servants, and employees, who were at all times acting in the course and scope of their employment, were guilty of negligence toward the Plaintiffs in the following respects:

1.        In failing to maintain the floor in a reasonably safe condition.

2.    In failing to warn Plaintiff **ALMA TAITAGUE** of the dangerous condition on the floor.

3.    In permitting the lime to remain on the floor.

4.    In failing to inspect the premises in order to discover the dangerous condition which was created by the lime on the floor.

5.    In failing to correct the dangerous condition which was created by the lime on the floor.

6.    In failing to warn invitees, including Plaintiff **ALMA TAITAGUE**, that a dangerous condition existed which required extra care to be taken when walking in that area.

7.    In failing to maintain the premises in a reasonably safe condition.

8.    In failing to warn Plaintiff **ALMA TAITAGUE** of the dangerous condition on the premises.

9.    In failing to put up warning signs of the dangerous condition on the premises.

Each of the foregoing negligent acts and omissions whether taken singularly or in and combination, was a proximate cause of Plaintiff **ALMA TAITAGUE's** injuries and damages which are described below.

## V.

As a direct and proximate result of the Defendant's negligence, Plaintiff **ALMA TAITAGUE** has suffered serious disabling injuries which have caused permanent bodily injury and impairment, including a severe injury to the left shoulder.  Plaintiff **ALMA TAITAGUE** also has suffered severe physical and mental pain, suffering, and anguish, and in all reasonable probability will continue to suffer in this manner for a long time into the future, if not for a balance of her natural life, all to the Plaintiffs' damage in excess of the minimum jurisdictional limits of this court.  As a result of the injuries sustained, Plaintiffs will incur reasonable and customary doctor's and medical expenses by the time of trial in the

Case 1:00-cv-00009   Document 1   Filed in TXSD on 06/28/2000   Page 17 of 22

amount in excess of the minimum jurisdictional limits of this court, for necessary treatment and a reasonable probability that Plaintiff ALMA TAITAGUE will incur additional expenses for necessary medical care and attention in the amount in excess of the minimum jurisdictional limits of the court.

## VI.

As a result of the injuries sustained by Plaintiff, ALMA TAITAGUE, her ability to administer to the needs of herself and her family and to attend to her customary household duties and occupations has been seriously impaired and in all reasonable probability, it will continue to be so impaired far into the future, if not for the balance of her natural life, all to her damage and loss in the sum in excess of the minimum jurisdictional limits of the court.

## VII.

Plaintiff ALMA TAITAGUE would further show that she was married to BILL TAITAGUE on the date of the occurrence made the basis of this suit and has been so married for the past 4½ years. As a direct and proximate result of the negligence of Defendant, as described above, there has been a substantial impairment of the marital relationship between the Plaintiffs. Accordingly, Plaintiff BILL TAITAGUE has sustained a serious loss of the affection, solace, comfort, companionship, society, assistance, and sexual relationship that he previously received from his spouse, all to his damage in a sum in excess of the minimum jurisdictional limits of the Court.

## VIII.

At the time of the incident complained of, Plaintiff ALMA TAITAGUE was gainfully employed as a legal secretary and was earning $10.15 per hour working 40 hours per week. As a proximate result of the negligence of the Defendant, Plaintiff ALMA

Case 1:00-cv-00009   Document 1   Filed in TXSD on 06/28/2000   Page 18 of 22

TAITAGUE has been unable to fully attend to her occupation since the time of the accident of May 30, 1999 thereby damaged in the sum in excess of the minimum jurisdictional limits of the court, for which Plaintiffs hereby sue.

## X.

As a result of the Defendant's negligence, Plaintiff, ALMA TAITAGUE's capacity to earn a livelihood was totally destroyed or severely impaired, and in all reasonable probability this incapacity will continue long into the future, if not for the balance of Plaintiff ALMA TAITAGUE's natural life, all to her damage and loss in the sum in excess of the minimum jurisdictional limits of the court, for which Plaintiffs sue.

## XI.

The negligence of the Defendant, its agents, servants, and employees, as a aforesaid was of such a character as to make them guilty of gross negligence. Their actions involved such entire want of care as could only have resulted from actual conscious indifference to the rights, safety, or welfare of Plaintiffs, and Plaintiffs hereby sue for exemplary damages in an amount in excess of the minimum jurisdictional limits of the court.

WHEREFORE, Plaintiffs pray that the Defendant be duly cited to appear and answer herein. Plaintiffs therefore seek to recover from Defendant the following elements of damages suffered and sustained as a result of such injuries:

1. The physical pain which Plaintiff Alma Taitague has suffered in the past;

2. The physical pain which Plaintiff Alma Taitague will in reasonable probability, suffer in the future as a result of her injuries;

3. The mental anguish which Plaintiffs have suffered in the past;

06/06/00  TUE 10:36 FAX 208 395 6539          ALB'S RISK MGMT          →→→ ORLANDO RISK        ☒009

Case 1:00-cv-00009   Document 1   Filed in TXSD on 06/28/2000   Page 19 of 22

4.     The mental anguish which Plaintiff Alma Taitague will in reasonable probability suffer in the future as a result of her injuries;

5.     The physical impairment and loss of physical capacity to perform the usual physical activities of life which Plaintiff Alma Taitague has suffered in the past;

6.     The physical impairment and loss of physical capacity to perform the usual physical activities of life which Plaintiff Alma Taitague, will, in all reasonable probability, suffer in the future;

7.     The reasonable cost for necessary medical and health care treatment which Plaintiff Alma Taitague has received in the past for the treatment of her injuries; and

8.     The reasonable cost for necessary medical and health care treatment which Plaintiff Alma Taitague will, in reasonable medical probability, need in the future for the treatment of her injuries;

9.     Lost wages which Plaintiff Alma Taitague has suffered in the past.

10.    Lost wages which Plaintiff Alma Taitague will, in reasonable probability, suffer in the future;

11.    Loss of consortium which Plaintiff, Bill Taitague has suffered in the past;

12.    Loss of consortium which Plaintiff Bill Taitague will, in reasonable probability, suffer in the future;

13.    Judgment against Defendant for gross negligence in the amount in excess of the minimum jurisdictional limits of the court;

14.    Pre-judgment interest and interest after judgment until paid;

15.    Costs of suit;

16.    Post-judgment interest.

Case 1:00-cv-00099   Document 1   Filed in TXSD on 06/28/2000   Page 20 of 22

17.    Such other and further relief to which Plaintiffs may be justly entitled at law

or in equity.

SIGNED this __1ᵀ__ day of May, 2000.


                                        Respectfully submitted.

                                        Law Office of Anthony Troiani
                                        700 Paredes Avenue Suite 106
                                        Brownsville, Texas 78520
                                        Tel. (210)541-4235
                                        Fax. (210)541-3174

                                        By: _____
                                            Anthony P. Troiani
                                            State Bar No. 00795914

                                        Attorney for Plaintiffs

Case 1:00-cv-00099   Document 1   Filed in TXSD on 06/28/2000   Page 21 of 22

06/08/00  TUE 10:37 FAX 206 3   6552        ALB'S RISK MGMT        →→→ ORLANDO RISK        ☑011

CAUSE NO. _____

```
FILED FOR RECORD
AT _____ O'CLOCK ___ M
     MAY 1 8 2000
     JOE G. RIVERA
   CAMERON COUNTY CLERK
By _____ Deputy
```

ALMA TAITAGUE AND        §   IN THE COUNTY COURT
BILL TAITAGUE            §
                        §
VS.                     §   AT LAW NO. ____ OF
                        §
                        §
ALBERTSON'S, INC.       §   CAMERON COUNTY, TEXAS

## PLAINTIFFS' REQUEST FOR JURY TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, ALMA TAITAGUE and BILL TAITAGUE, Plaintiffs in the above

entitled and numbered action, and hereby requests that a jury trial be held on said cause.

A requisite jury fee has been paid to the County Clerk's office.

Respectfully submitted.

Law Office of Anthony Troiani
700 Paredes Avenue Suite 106
Brownsville, Texas 78520
Tel. (210)541-4235
Fax. (210)541-9174

By: _____
     Anthony P. Troiani
     State Bar No. 00795914

Attorney for Plaintiffs

Case 1:00-cv-00099  Document 1  Filed in TXSD on 06/28/2000  Page 22 of 22

06/06/00  TUE 10:35 FAX 208 395 6539    ALB'S RISK MGMT    →→→ ORLANDO RISK    ☒003

DELIVERED BY ___
DATE 6/1/__  **COPY**
1:20 p.m.

Citation for Personal Service  - GENERAL ___    Lit. Seq. # 5.002.01

No. 2000-CCL-00497-B

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: ALBERTSON'S INC.
REGISTERED AGENT: C.T. CORPORATION SYSTEMS
350 N. ST. PAUL STREET
DALLAS, TEXAS
75201

the ___ DEFENDANT ___ , GREETING:

You are commanded to appear by filing a written answer to the Plaintiff's ORIGINAL PETITION W/INTERROGATORIES,REQUEST FOR PRODUCTION,REQUEST FOR ADMISSIONS AND REQUEST FOR DISCLOSURE TO DEFENDANTS at or before 10:00 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable County Court At Law No. 2 of Cameron County at the Court House of said county in Brownsville, Texas.

Said Plaintiff's Petition was filed in said court, by ANTHONY TROIANI (Attorney for Plaintiff or Plaintiff), whose address is 700 PAREDES AVENUE, STE 106 BROWNSVILLE TEXAS 78521 on the 18th day of MAY , A.D. 2000, in this case numbered 2000-CCL-00497-B on the docket of said court, and styled,

ALMA TAITAGUE AND BILL TAITAGUE
vs.
ALBERTSON'S, INC.

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's ORIGINAL PETITION W/INTERROGATORIES,REQUEST FOR PRODUCTION,REQUEST FOR ADMISSIONS AND REQUEST FOR DISCLOSURE TO DEFENDANTS accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the ____ day of MAY , A.D. 2000.

JOE G. RIVERA , County Clerk
Cameron County
974 E. Harrison St.
(P.O. Box 2178)
Brownsville, Texas 78522-2178

BY: _____ , Deputy
ADRIANE DAZA

## RETURN OF OFFICER

Came to hand the ____ day of _____, at ____ o'clock __.M., and executed (not executed) on the ____ day of _____, ____, by delivering to

In person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the _____

CMPDF - www.fastio.com