*3*

## ORIGINAL

D-28812/3506     MOV:pdv          7/17/00

JUL 1 2000

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ALMA T. TAITAGUE AND | § | |
| BILL TAITAGUE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-099 |
| | § | |
| ALBERTSON'S, INC. | § | |

### DEFENDANT ALBERTSON'S INITIAL DISCLOSURES

TO THE UNITED STATES DISTRICT COURT:

NOW COMES Defendant, **ALBERTSON'S, INC.,** the Defendant in the above-

entitled and hereby makes its initial disclosures pursuant to Federal Rule of Civil

Procedure 26(a)(i):

A.     The names, addresses, and telephone numbers of persons with

discoverable information:

Sal Gonzales
Albertson's, Inc.
3555 Boca Chica
Brownsville, Texas 78521

Alma Taitague
1300 Squaw Valley Drive, Unit B
Brownsville, Texas 78520
(956) 350-4127

Bill Taitague
1300 Squaw Valley Drive, Unit B
Brownsville, Texas 78520
(956) 350-4127

CMaPDF - www.fasiso.com

Dr. Enrique Griego and his Custodian of Records
1002 W. Sam Houston, Suite 4
Pharr, Texas 78577
(956) 787-8855

Sam Houston X-Rays and its
Custodian of Records
1002 W. Sam Houston
Pharr, Texas 78577
(956) 781-5350

Dr. Allan Kapilivsky and his
Custodian of Records
1001 S. 10th Street, Suite 6294
McAllen, Texas 78501
(800) 771-4460

Industrial Mobility Rehabilitation Center
and its Custodian of Records
44 W. Jefferson, Suite A
Brownsville, Texas 78520
(956) 504-0810

Rio Grande Valley Imaging Center
and its Custodian of Records
501-B Ed Carey Drive
Harlingen, Texas 78550
(956) 440-8900

Dr. Dee L. Martinez and his
Custodian of Records
904 N. Ewing
Dallas, Texas 75203
(214) 941-8901

Brownsville Medical Center and
its Custodian of Record
1040 W. Jefferson
Brownsville, Texas 78520
(956) 544-1400

Dr. James Key and his
Custodian of Record
800 W. Jefferson, Suite 200
Brownsville, Texas 78520
(956) 982-8822

Dr. Ples L. Kujawa and his
Custodian of Records
8800 Village Drive, Suite 101
San Antonio, Texas 78217
(210) 599-8110

Northeast Methodist Ambulatory Surgery Center
and its Custodian of Record
12702 IH-35 North
San Antonio, Texas 78233
(800) 223-9899

Dr. Gary Keener and his
Custodian of Record
Star Anesthesia, P.A.
P.O. Box 659
San Antonio, Texas 78293-0659

Dr. Anant K. Utturkar and his
Custodian of Records
2390 Central Blvd., Suite Y
Brownsville, Texas 78520-8717
(800) 203-4715

Dr. William McKinney and
his Custodian of Records
820 W. Price Road, Suite A
Brownsville, Texas 78521
(800) 262-8848

Dr. L. Stacy Mitchell and his
Custodian of Records
Southern Orthopaedics
4302 S. Sugar Road, Suite 209
Edinburg, Texas 78539
(956) 383-5550

OrthoLogic and its
Custodian of Record
1275 West Washington Street
Tempe, Arizona 85281-1210
(800) 937-5520

EBI Medical Systems, Inc. and its
Custodian of Record
100 Interspace Parkway
Parsippany, NJ 07054-1079
(800) 526-2579

Valley Baptist Medical Center
2101 Pease
Harlingen, Texas 78520
(956) 389-1100

Sunrise Chiropractic
2310 N. Expressway
Brownsville, Texas 78520
(956) 546-6620

Brownsville Medical Center
1040 W. Jefferson Street
Brownsville, Texas 78520
(956) 544-1400

Columbia Valley Regional Medical Center
100-A Alton Gloor Blvd.
Brownsville, Texas 78520
(956) 350-7000

Dr. Ricardo Abobbati
1134 Los Ebanos
Brownsville, Texas 78520
(956) 544-6727

Dr. Charles Zavala
840 W. Price
Brownsville, Texas 78520
(956) 541-0162

Dr. Kim Cockins
100-B E. Alton
Brownsville, Texas 78520
(956) 350-0000

Dr. Paul Lenz
2300 Central Blvd.
Brownsville, Texas 78520
(956) 544-6111

B.  Photographs and an incident report are in the possession of defense
counsel.

C.  This party is not making any claims for damages in this lawsuit.

D.  This party is self-insured.

Respectfully submitted:
**THORNTON, SUMMERS, BIECHLIN,
DUNHAM & BROWN, L.C.**
418 East Dove
McAllen, Texas 78504
(956) 630-3080 Telephone
(956) 630-0189 Facsimile

BY: _____
MIRIAM O. VICTORIAN
State Bar No. 20576700
Federal I.D. No. 10469

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been

mailed, via certified mail, return receipt requested, to the following counsel on this

17[h] day of July  2000.

Mr. Anthony Troiani
**LAW OFFICES OF ANTHONY TROIANI**
700 Paredes Avenue, Suite 106
Brownsville, Texas 78520

*Miriam O. Victoria*

MIRIAM O. VICTORIAN