5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 9 2000

Michael N. Milby
Clerk of Court

ALMA TAITAGUE and BILL TAITAGUE     §
                                    §
                                    §
VS.                                 §     CIVIL ACTION NO. B-00-099
                                    §
                                    §
ALBERTSON'S, INC.                   §

<u>PLAINTIFFS' MOTION TO REMAND</u>
<u>AND MEMORANDUM IN SUPPORT THEREOF</u>

Plaintiffs file this motion to remand under 28 U.S.C. § 1447(c).

## A.

## <u>INTRODUCTION</u>

1.   Alma Taitague and Bill Taitague are Plaintiffs.  Albertson's, Inc. is the Defendant.

2.   On May 18, 2000, Plaintiffs sued Defendant for personal injuries resulting from a

     slip and fall accident at its store located in Brownsville, Cameron County, Texas.

     The suit was filed under Cause No.  2000-CCL-497-B, and styled *Alma Taitague*

     *and Bill Taitague vs. Albertson's, Inc.*, in County Court at Law No. 2 of Cameron

     County, Texas.

3.   Defendant received notice of the suit on June 2, 2000.

4.   Defendant filed its Original Answer on June 12, 2000.

5.   Defendant submitted Requests for Disclosure, Interrogatories and Requests for

     Production to Plaintiffs on June 14, 2000.

6.   Defendant filed its Notice of Removal on June 27, 2000.

## B.

## <u>ARGUMENT</u>

7.      The Court may remand a case on the basis of any defect identified in a Motion for

Remand made within 30 days after the filing of the Notice of Removal under 28 U.S.C.

§1446(a).  *See* 28 U.S.C. §1447(c).   The court should remand this case to state court

based on the following:

       A.      <u>No Federal Question</u>- This lawsuit is a negligence action, and thus does not

present a federal question.  *See* 28 U.S.C. § 1447(c); *International Primate Protection*

*League v. Tulane Educ. Fund*, 500 U.S. 72, 89, 111 S. Ct. 1700, 1710 (1991).

       B.      <u>No Diversity Jurisdiction</u>- There is no basis for diversity jurisdiction, because

the amount in controversy is less than $75,000.00, exclusive of interest and costs.

Pursuant to Texas Rule of Civil Procedure 47, Plaintiffs' pleadings seek an indeterminate

amount of damages.  It is well-established in the Fifth Circuit that "[w]hen the plaintiff's

complaint does not allege a specific amount of damages, the removing defendant must

prove by a preponderance of the evidence that the amount in controversy exceeds

[$75,000]."  *De Aguilar v. Boeing Co.*, 11 F.3d 55, 59 (5th Cir. 1993).

              In its Notice of Removal, Defendant baldly concludes that "[t]he amount in

controversy exceeds the sum of $75,000, exclusive of interests and costs."  *See* Exhibit

"A" at ¶ 3.  Removal cannot be based upon such conclusory allegations.  *Allen v. R & H*

*Oil & Gas Company,* 62 F.3d 1326, 1335 (5th Cir. 1995); *Gaus v. Miles, Inc.*, 980 F.2d 564,

567 (9th Cir. 1992).  Defendant had the burden to provide the Court with sufficient facts and

evidence to support removal, at the time of removal, but failed to do so.  This action should

therefore be remanded to state court.

C.    <u>Defendant Waived Its Right To Seek Removal</u>- Prior to removal, Defendant engaged in extensive discovery, submitting Requests for Disclosure, Requests for Production and Interrogatories to Plaintiffs.  *See* Attached Exhibit "B."  Plaintiffs timely submitted answers to these requests on July 12, 2000.  *See* Attached Exhibit "C."  By submitting to the jurisdiction of the state court in this manner, Defendant's right to seek removal has been waived. *Chivas Prod. Ltd. v. Owen*, 864 F.2d 1280, 1287 (6th Cir. 1988).

## C.

## CONCLUSION

8.    It is undisputed that federal question jurisdiction is not present in this case.  Further, diversity jurisdiction does not lie because the amount in controversy is less than $75,000.00.  Defendant had the burden to provide factual and evidentiary support for its Notice of Removal, but instead improperly presented the Court with conclusory allegations as to the amount in controversy.   Finally, Defendant waived its right to seek removal by engaging in extensive discovery while in state court.  For these reasons, Plaintiffs ask the court to grant the Motion to Remand, remand this suit to the state court in which it was originally filed, and award Plaintiffs their court costs, expenses and attorneys' fees.

Respectfully submitted.

By: _____

Anthony P. Troiani
State Bar No. 00795914
Fed. I.D. No.  20607
Law Office of Anthony Troiani
700 Paredes Avenue Suite 106
Brownsville, Texas 78520

Tel. (956) 541-4235
Fax. (956) 541-9174

Attorney-in-Charge for Plaintiffs

## CERTIFICATE OF SERVICE

I, Anthony Troiani, do hereby certify that a true and correct copy of the following instrument has been sent to Defendant's attorney on July __15__, 2000 in accordance with FRCP 5:

Ms. Miriam O. Victorian
THORNTON, SUMMERS, BIECHLIN,
DUNHAM & BROWN, L.C.
418 East Dove Avenue
McAllen, Texas 78504-2240

_____
ANTHONY TROIANI

# EXHIBIT "A"

CVisPDF – www.fastio.com

D-28812/3506     MOV:pdv     6/22/00

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **ALMA T. TAITAGUE AND** | § | |
| **BILL TAITAGUE** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. _____** |
| | § | |
| **ALBERTSON'S, INC.** | § | |

### DEFENDANT'S NOTICE OF REMOVAL

TO THE UNITED STATES DISTRICT COURT:

NOW COMES Defendant, **ALBERTSON'S, INC.,** and removes the above

action from the County Court At Law #2 of Cameron County, Texas, to the United

States District Court for the Southern District of Texas, Brownsville  Division and

files this Notice of Removal pursuant to 28 U.S.C. §§1441 and 1446.

# FACTS
## I.

On May 18, 2000, an action was commenced against Defendant,

Albertson's Inc., in the County Court At Law #2, Cameron County, Texas styled

*Alma Taitague and Bill Taitague vs. Albertson's, Inc.,* Cause No. C-2000-CC2-497-

B. The record reflects that Plaintiffs have demanded a trial by jury.  A jury demand

was made by Defendant and a proper fee paid.  Defendant has filed an answer.

## II.

This notice is timely under 28 U.S.C. § 1446(b).  True and correct copies of

the following documents are attached hereto, pursuant to 28 U.S.C. §1446 (b):

JUN 20 2000

(1)    All executed process in the case;

(2)    Pleadings asserting causes of action, e.g., petitions and answer to such pleadings;

(3)    A copy of the docket sheet;

(4)    An index of matters being filed;

(5)    A list of all counsel of record, including addresses, telephone numbers and parties represented.

## FEDERAL JURISDICTION
### Diversity
### III.

This case is a civil action of which this court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court pursuant to 28 U.S.C. §§ 1441(a)(b) and 1446(b). This is a civil action in which Plaintiffs' state citizenship is different from Defendant. Thus, there is complete diversity. The amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

## A. PLAINTIFF'S CITIZENSHIP

Plaintiffs, were, at the time of this suit was filed, and still are citizens of the State of Texas.

## B. DEFENDANT'S CITIZENSHIP

1.    Albertson's Inc, is a corporation whose home office is Idaho. Albertson's home office at the time of this incident at the time suit was filed was Idaho.

Respectfully submitted:

**THORNTON, SUMMERS, BIECHLIN,
DUNHAM & BROWN, L.C.**
418 East Dove
McAllen, Texas 78504
(956) 630-3080 Telephone
(956) 630-0189 Facsimile

BY: _____
      MIRIAM O. VICTORIAN
      State Bar No. 20576700
      Federal I.D. No. 10469

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been

mailed, via certified mail, return receipt requested, to the following counsel on this

27th day of June, 2000.

Mr. Anthony Troiani
**LAW OFFICES OF ANTHONY TROIANI**
700 Paredes Avenue, Suite 106
Brownsville, Texas 78520

_____
MIRIAM O. VICTORIAN

# EXHIBIT "B"

CVISPDF – www.fasiso.com

# THORNTON, SUMMERS, BIECHLIN
## DUNHAM & BROWN, L.C.

### ATTORNEYS AT LAW

Miriam O. Victorian

Writer's direct e-mail address:
miriam.victorian@thorntonsummers.com

418 EAST DOVE AVENUE
McALLEN, TEXAS 78504-2240
(956) 630-3080
FAX (956) 630-0189

AUSTIN

CORPUS CHRISTI

SAN ANTONIO

June 13, 2000

**Mr. Anthony Troiani (via certified mail)**
**LAW OFFICES OF ANTHONY TROIANI**
700 Paredes Avenue, Suite 106
Brownsville, Texas 78520

  RE: CAUSE NO.2000-CCL-497-B
     TAITAGUE VS. ALBERTSON'S, INC.
     IN THE COUNTY COURT AT LAW #2
     CAMERON COUNTY, TEXAS
     Our File No: D-28812/3506 MOV

Dear Mr. Troiani:

  Enclosed please find the following in the above-styled case:

1. Defendant Albertson's, Inc.'s First Set of Interrogatories to Plaintiff Alma Taitague;

2. Defendant Albertson's, Inc.'s Requests for Production to Plaintiff Alma Taitague;

3. Defendant Albertson's, Inc.'s Requests for Disclosure to Plaintiff Alma Taitague;

4. Defendant Albertson's, Inc.'s First Set of Interrogatories to Plaintiff Bill Taitague;

5. Defendant Albertson's, inc.'s Requests for Production to Plaintiff Bill Taitague; and

JUN 14 2000

6.     Defendant Albertson's, Inc.'s Requests for Disclosure to Plaintiff Bill
       Taitague.

                                        Very truly yours,

                                        **THORNTON, SUMMERS, BIECHLIN,
                                        DUNHAM & BROWN, L.C.**
                                        Rio Grande Valley Office

                                        *Miriam O. Victorian*

MOV:pdv                                 MIRIAM O. VICTORIAN

D-28812/3506     MOV:pdv      6/13/00

## CAUSE NO. 2000-CCL-497-B

| | | |
|---|---|---|
| ALMA T. TAITAGUE AND | § | IN THE COUNTY COURT AT LAW |
| BILL TAITAGUE | § | |
| | § | |
| VS. | § | NO. 2 |
| | § | |
| ALBERTSON'S, INC. | § | CAMERON COUNTY, TEXAS |

### DEFENDANT ALBERTSON'S, INC.'S FIRST SET OF
### INTERROGATORIES TO PLAINTIFF ALMA T. TAITAGUE

TO:   ALMA TAITAGUE:   by and through her attorney of record:

Mr. Anthony Troiani
**LAW OFFICES OF ANTHONY TROIANI**
700 Paredes Avenue, Suite 106
Brownsville, Texas 78520

"**Instructions:**"   The undersigned party propounds the following Questions to you under the provisions of Rule 197 of the Texas Rules of Civil Procedure.  These Questions are being served on your attorney and answers to the Questions should, to the extent possible, be answered in the spaces provided and if additional space is needed please use additional sheets or the back of the preceding page.  You are notified that this party specifies that the answers to these Questions shall be served on the first business day after the expiration of thirty (30) days from the date of service of these Questions, and that the Questions and your sworn answers may be offered in evidence at the trial of this lawsuit.

In answering the following Questions, furnish all information and items available to you, including information or items in the possession of your attorneys, or their investigators, and all persons acting in your behalf and not merely such information known of our own personal knowledge.  If you cannot answer a Question in full after exercising due diligence to secure the information or item requested, so state in your answer to the extent possible answer stating whatever information or knowledge you have.

The Questions which follow are to be considered as continuing, and you are requested to provide by way of supplemental answers hereto such additional information as you or any other person acting on your behalf may hereafter obtain which will augment or otherwise modify your answers given to the Questions below.  Such supplemental responses are to be filed and served upon this party immediately upon receipt of such information.

JUN 14 2000

As used herein, the following terms shall have the meaning indicated below:

a.     "Persons" means natural persons, corporations, partnerships, sole proprietorships, unions, associations, federations or any other kind of entity.

b..    "You" and "Your" shall mean the party to whom these questions are directed as well as agents, employees, attorneys, investigators and all other "persons" acting for said party.

In each Question wherein you are asked to identify a person, state with respect to such person as follows:

a.     Their full name.
b.     Their last known address and phone number.

If the person to be identified is not a natural person (e.g. a corporation) give its name and address and principle business activity.

If you object to identifying any person as herein above defined,  or you feel that a court order should be obtained by this party, please so state in your answer to the interrogatory.

Respectfully submitted,

**THORNTON, SUMMERS, BIECHLIN, DUNHAM & BROWN, L.C.**
418 East Dove
McAllen, Texas  78504
(956) 630-3080
(956) 630-0189 fax

BY:     _Miriam  O. Victorian_

MIRIAM O. VICTORIAN
State Bar 20576700

ATTORNEY FOR DEFENDANT
ALBERTSON'S, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing

has been forwarded to the following counsel of record, via certified mail, return

receipt requested on June 13, 2000.

Mr. Anthony Troiani
**LAW OFFICES OF ANTHONY TROIANI**
700 Paredes Avenue, Suite 106
Brownsville, Texas 78520
(956) 541-4235
(956) 541-9147 (fax)

_Miriam O. Victorian_
**MIRIAM O. VICTORIAN**

## INTERROGATORIES

### INTERROGATORY NO. 1:

Give the following background information: your full name and any other names by which you have been known; your driver's license number and state of issuance; your social security number; your date and place of birth; your spouse's name and date of such marriage; the current address of any other person to whom you have has ever been married and date the marriage ended; and the name, age and current address of any children.

### ANSWER:

### INTERROGATORY NO. 2:

Identify all persons who may have knowledge of relevant facts concerning the incident made the basis of this suit, including but not limited to persons with direct or indirect knowledge of the circumstances surrounding said incident or any damages sustained or claimed to have been sustained by Plaintiff as a result of said incident.  This list is not limited to witnesses who will testify on Plaintiffs' behalf at trial, but necessarily includes each such witness.  It is the position of this Defendant that any witness who is called to testify in this case will have to be identified in the answer to this Interrogatory, and Defendant will object to anyone attempting to testify who is not identified in said answer.

### ANSWER:

### INTERROGATORY NO. 3:

If you have any knowledge, either directly or indirectly, of any admission of any kind made by this Defendant, their agents, representatives or employees which might be relevant in any way in this lawsuit, state the nature of each such admission, identify the person who made such admission, state the time and place where such admission was made, and identify each person who heard or may have been in a position to hear such admission.

**ANSWER:**


**INTERROGATORY NO. 4:**

Identify every physician, psychiatrist, psychologist, therapist, counselor, hospital, clinic and any other health care provider you have seen in the last ten (10) years as a patient or an outpatient for rehabilitation, examination, treatment or evaluation.

**ANSWER:**


**INTERROGATORY NO. 5:**

Describe in detail any medical, psychological, rehabilitative or other health care treatment that you have received since the incident made the basis of this suit due to any injury or illness, <u>whether or not related to said incident</u>, including reasons for such treatment, names and addresses of the providers of such treatment, dates of such treatment (including any admit and discharge dates), and any operations/surgeries you have undergone.

**ANSWER:**


**INTERROGATORY NO. 6:**

If you have made a claim or written complaint for personal injury, worker's compensation or medical benefits of any kind against a person, entity or insurance company before or after the date of the incident made the basis of this suit, describe each such claim in detail.

**ANSWER:**

**INTERROGATORY NO. 7:**

If you have been involved in litigation of any kind, either before or after the date of the incident made the basis of this suit, state the nature and style of each suit, including the county and state of the court, the outcome of each suit, and the name of each attorney who represented you.

**ANSWER:**

**INTERROGATORY NO. 8:**

List any economic or financial losses, other than medical expenses, which you claim to have sustained as a result of the incident made the basis of this suit by stating the exact nature of each loss, the reason you contend such loss resulted from said incident and the amount of money you attribute to each such loss.

**ANSWER:**

**INTERROGATORY NO. 9:**

State any economic losses or expenses you expect to incur in the future, if any, as a result of the incident made the basis of this suit and the amount of money you reasonably anticipate will be lost.

**ANSWER:**

**INTERROGATORY NO. 10:**

State your educational background.

**ANSWER:**

**INTERROGATORY NO. 11:**

State each residence address you have had in the past ten (10) years and who resided with you at each such address.

**ANSWER:**

**INTERROGATORY NO. 12:**

Identify each of your employers for the past ten (10) years and include your title or position, supervisor's name and salary or wages for each such employment, including any self-employment.

**ANSWER:**

**INTERROGATORY NO. 13:**

If you contend that any act or omission of this Defendant constitutes negligence and was a direct and/or proximate cause of the injuries or damages sustained by you, please state the nature and extent of such act or omission and the date, time and place each act or omission occurred.

**ANSWER:**

**INTERROGATORY NO. 14:**

If you have been or are now being paid any type of compensation or disability benefits, including unemployment or social security, by the United States, State of Texas or any other governmental entity or agency, state the reason, amount and date of each such payment.

**ANSWER:**

## INTERROGATORY NO. 15:

If you have ever been convicted of, arrested for, charged with or accused of any crime other than minor traffic violations (DWI is <u>not</u> considered a minor traffic violation), state the nature, date, place and disposition of each such conviction, arrest, charge or accusation.

## ANSWER:

## INTERROGATORY NO. 16:

Identify and describe any settlement agreement that your attorney have made with any party to this lawsuit or any person or entity you have agreed not to sue, including but not limited to any "Mary Carter" agreements.

## ANSWER:

## INTERROGATORY NO. 17:

Do you have any photographs, videotapes or x-rays that depict the your alleged injuries, or that otherwise constitute or contain, or are reasonably calculated to lead to the discovery of, material evidence?  If so, please state the total number of such photographs, videotapes and x-rays, the subject matter of each such photograph, videotape and x-ray, the date taken, the name and address of the photographer, videographer, radiologist, or doctor, and the name and address of the person or entity who presently has control, custody or possession of the photographs and videotapes.

## ANSWER:

## INTERROGATORY NO. 18:

Who were your employer on May 30, 1999 when this accident occurred?

### ANSWER:

## INTERROGATORY NO. 19:

State the exact location where the slip and fall occurred.

### ANSWER:

## INTERROGATORY NO. 20:

State what clothes you were wearing on the date in question, including your footwear/shoes.

### ANSWER:

STATE OF TEXAS

COUNTY OF _____

BEFORE me, the undersigned authority, on this day personally

appeared ALMA TAITAGUE, known to me to be the person whose name is subscribed to

the foregoing instrument, who after being duly sworn and deposed, says that the above and

foregoing answers to Interrogatories are true and correct.


_____
ALMA TAITAGUE


SUBSCRIBED AND SWORN TO BEFORE ME by the said ALMA TAITAGUE on this

the ____ day of _____, 2000.


_____
NOTARY PUBLIC, IN AND FOR
THE STATE OF TEXAS

D-28812/3506     MOV:pdv        6/13/00

## CAUSE NO. 2000-CCL-497-B

| | | |
|---|---|---|
| ALMA T. TAITAGUE AND | § | IN THE COUNTY COURT AT LAW |
| BILL TAITAGUE | § | |
| | § | |
| VS. | § | NO. 2 |
| | § | |
| ALBERTSON'S, INC. | § | CAMERON COUNTY, TEXAS |

### DEFENDANT ALBERTSON'S, INC.'S REQUESTS FOR
### PRODUCTION TO PLAINTIFF ALMA T. TAITAGUE

TO:   **ALMA TAITAGUE:**  by and through her attorney of record:

   Mr. Anthony Troiani
   **LAW OFFICES OF ANTHONY TROIANI**
   700 Paredes Avenue, Suite 106
   Brownsville, Texas 78520

   "**Instructions:**"        Pursuant to the provisions of Rule 196 of the Texas Rules
of Civil Procedure, you are hereby requested to produce the below designated
documents (including papers, books, accounts, writings, drawings, graphs, charts,
photographs or any insurance agreements under which any person or entity
carrying on an insurance business may be liable to satisfy part or all of a judgment
which may be rendered in this action or to indemnify or reimburse for payments
made to the satisfy the judgment), recordings and other data compilations from
which information can be obtained, translated, if necessary by you, your agents or
attorneys through appropriate devices into reasonable usable form, and to produce
the below designated tangible things which constitute or contain matters which are
in the possession, custody or control of you, your agents, servants or attorneys, for
inspection, sampling, testing, photographing and/or copying within thirty (30) days
after you receive these Requests for Production, at One Park Place, 100 E.
Savannah, Suite 500, McAllen, Texas 78503.  You are advised that pursuant to
Rule 196, you must make a written response that shall state with respect to each
item or category of items that inspection will be permitted as requested and that
you will comply with this Request, except to the extent that objections are made,
stating specific reasons why such discovery will not be allowed.  You are advised
that pursuant to Rule 196, response to these Requests shall be served within thirty
(30) days after receipt of the Request.  Legible copies of documentary evidence
may be submitted in lieu of any originals.

JUN 14 2000

In responding to the following Requests for Production, furnish all information and items available to you, including information or items in the possession of your attorneys, or their investigators, and all persons acting in your behalf and not merely such information known of your own personal knowledge.  If you cannot respond to a Request in full after exercising due diligence to secure the information or item requested, so state in your response and to the extent possible respond stating whatever information or knowledge you have.

As used herein, the following terms shall have the meaning indicated below:

a.   "Persons" means natural persons, corporations, partnerships, sole proprietorships, unions, associations, federations or any other kind of entity.

b.   "Document" means any printed, typewritten, hand written, mechanically or otherwise recorded matter of whatever character, including but without limitation, letters, purchase orders, memoranda, telegrams, notes, catalogues, brochures, diaries, reports, calendars, inter- or intra- office communications, statements, investigative reports, announcements, depositions, answers to interrogatories, pleadings, judgments, newspaper articles, photographs, tape recordings, motion pictures and any carbon or photographic copies of any such material if you do not have custody or control of the original.  If any document requested to be identified was but is no longer in your possession or control or is no longer in existence, state whether it is:

1.   Missing or lost,
2.   Destroyed,
3.   Transferred voluntarily or involuntarily to others, and, if so, to whom, or

4.   Otherwise disposed of; and in each instance explain the circumstances surrounding thereof, state authorization of such disposition thereof, state the approximate date thereof and describe its contents.

c.   "You" and "Your" shall mean the party to whom these questions are directed as well as agents, employees, attorneys, investigators and all other "persons" acting for said party.

In each Question wherein you are asked to identify a person, state with respect to such person as follows:

a.    Her full name.

b.    Her last known address and phone number.

If the person to be identified is not a natural person (e.g. a corporation) give

its name and address and principle business activity.

If you object to identifying any person as hereinabove defined, or producing

any item requested, or you feel that a court order should be obtained by this party,

please so state in your  response to a request for production.

Respectfully submitted,

**THORNTON, SUMMERS, BIECHLIN,**
**DUNHAM & BROWN, L.C.**
418 East Dove
McAllen, Texas  78504
(956) 630-3080
(956) 630-0189 fax

BY:   _____
        MIRIAM O. VICTORIAN
        State Bar 20576700

        ATTORNEY FOR DEFENDANT
        ALBERTSON'S, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing

has been forwarded to the following counsel of record, via certified mail, return

receipt requested on June 13, 2000.

Mr. Anthony Troiani
**LAW OFFICES OF ANTHONY TROIANI**
700 Paredes Avenue, Suite 106
Brownsville, Texas 78520
(956) 541-4235
(956) 541-9147 (fax)


**MIRIAM O. VICTORIAN**

## REQUESTS FOR PRODUCTION

### REQUEST NUMBER 1:

Please furnish us with written or other documentation concerning all factual observations, tests, supporting data, calculations, x-rays, photographs and opinions of each physician, surgeon, chiropractor, osteopath, psychiatrist, physiologist, or other practicing member of the healing arts that treated you for any injuries or pain resulting from the occurrence made the basis of this lawsuit and sign the attached medical authorizations.

### RESPONSE:

### REQUEST NUMBER 2:

Please produce copies of any and all medical bills and/or hospital bills or any other records, documents or memoranda evidencing damages sought by you in this cause.

### RESPONSE:

### REQUEST NUMBER 3:

Please furnish us with a copy of your income tax returns for the five (5) years immediately preceding the date of the occurrence made the basis of this lawsuit and any filed since that date, and any documents or other verification of your rate of pay and sign the attached income tax authorization and Social Security Request for Detailed Earnings Information.

### RESPONSE:

**REQUEST NUMBER 4:**

Please produce any invoices, bills, statements, records, or other documents in your possession, custody, or control which would indicate any costs or expenses which you will be alleging as damages to be assessed against this defendant in this lawsuit.

**RESPONSE:**

**REQUEST NUMBER 5:**

Please produce all documents that pertain, in any way, to claimed future loss of earnings or earning capacity as a result of the occurrence made the basis of this lawsuit.

**RESPONSE:**

**REQUEST NUMBER 6:**

Please produce all settlement agreements or other agreements of any nature that you have entered into with any party to this lawsuit or with any other person or entity which would relate to the claims asserted by you in this lawsuit or to the liability of any persons or entities therefor.

**RESPONSE:**

**REQUEST NUMBER 7:**

Please produce copies of all pleadings, papers or claims filed on your behalf in any criminal, civil or workers' compensation proceeding in which you were a party.

**RESPONSE:**

**REQUEST NUMBER 8:**

Please produce copies of all correspondence, claim forms or other documentation relating to any claim filed on you for social security benefits or worker's compensation.

**RESPONSE:**

**REQUEST NUMBER 9:**

Please produce all physical objects, exhibits, or demonstrative evidence that are relevant to any issue in this lawsuit.

**RESPONSE:**

**REQUEST NUMBER 10:**

Please produce all statements (whether written, recorded, transcribed, or in any other way preserved) of persons who have knowledge of discoverable matters, whether or not admissible, that are or may be relevant to any issues in this lawsuit.

**RESPONSE:**

**REQUEST NUMBER 11:**

Please furnish a copy of all written or other documentation of any investigation of the incident in question.

**RESPONSE:**

**REQUEST NUMBER 12:**

Attached to these request for production is a Medical Authorization Form and Employment History Release Form. Please execute the authorizations and return them with your responses to request for production of documents.  If you do not do so, please state the reason why you will not.

**RESPONSE:**

**REQUEST NUMBER 13:**

A copy of all of your divorce decrees, annulments, or legal evidence indicating the termination of a marriage, if applicable.

**RESPONSE:**

**REQUEST NUMBER 14:**

A copy of your social security card.

**RESPONSE:**

**REQUEST NUMBER 15:**

If you are not a U.S. citizen, a copy of your resident alien card.

**RESPONSE:**

**REQUEST NUMBER 16:**

A copy of your personnel file from your employer who employed you on May 30, 1999.

**RESPONSE:**

**REQUEST NUMBER 17:**

A copy of your marriage certificate of Bill Taitague.

**RESPONSE:**

**REQUEST NUMBER 18:**

A copy of all photographs, videotapes, or sketches of the scene of the accident whether taken before or after May 30, 1999..

**RESPONSE:**

**REQUEST NUMBER 19:**

A copy of all photographs, videotapes, etc. of you depicting your injuries and/or limitations after May 30, 1999.

**RESPONSE:**

## REQUEST NUMBER 20:

A copy of all photographs and videotapes of you before May 30, 1999 which you intend to offer to the jury as evidence at the time of trial.

## RESPONSE:

## REQUEST NUMBER 22:

A copy of all check stubs, deposits, or receipts indicating any worker's compensation payments made to you by your employer for your injuries on May 30, 1999.

## RESPONSE:

## AUTHORIZATION FOR THE RELEASE OF MEDICAL RECORDS

TO:  ALL PHYSICIANS, HOSPITALS, CLINICS AND HEALTH AND
MEDICAL CARE PROVIDERS

I, **ALMA TAITAGUE,** the undersigned, hereby request and authorize you to release and furnish to the law firm of THORNTON, SUMMERS, BIECHLIN, DUNHAM & BROWN, L.C., 100 East Savannah, Suite 500, McAllen, Texas 78503, complete and unaltered copies of any and all of my medical records, including, but not limited to, any and all admission records, histories, physical examinations, physician orders, progress notes, discharge summaries, laboratory reports, blood gas analyses, transfusion reports, consent reports, graphic sheets, vital sign charts, blood pressure records, nurses notes, records of intake and output, electrocardiogram sheets, notes, writings, x-ray films, photographs, other imaging modalities, memoranda, incident reports, documents, materials, other tangible items, things and the like.

The purpose of this authorization is to furnish these attorneys with accurate and unaltered copies of my medical records to permit and assist them in the investigation of a lawsuit filed by me.  This authorization will remain in effect until you have received written notification that it has been withdrawn.  This authorization will also remain in effect if a copy of this authorization is offered instead of the original.

_____          _____
**ALMA TAITAGUE**                                           **DATE OF BIRTH**


_____
**SOCIAL SECURITY NUMBER**


_____
**DATE**

**Form 4506**
(Rev. May 1997)

Department of the Treasury
Internal Revenue Service

# Request for Copy or Transcript of Tax Form

► **Read instructions before completing this form.**

► **Type or print clearly. Request may be rejected if the form is incomplete or illegible.**

OMB No. 1545-0429

**Note:** *Do not use this form to get tax account information. Instead, see instructions below.*

| | |
|---|---|
| 1a Name shown on tax form. If a joint return, enter the name shown first. | 1b First social security number on tax form or employer identification number (see instructions) |
| 2a If a joint return, spouse's name shown on tax form | 2b Second social security number on tax form |

3 Current name, address (including apt., room, or suite no.), city, state, and ZIP code

4 Address, (including apt., room, or suite no.), city, state, and ZIP code shown on the last return filed if different from line 3

5 If copy of form or a tax return transcript is to be mailed to someone else, enter the third party's name and address

6 If we cannot find a record of your tax form and you want the payment refunded to the third party, check here . . . . . ► ☐

7 If name in third party's records differs from line 1a above, enter that name here (see instructions) ►

8 Check only one box to show what you want. There is no charge for items 8a, b, and c:
- a ☐ Tax return transcript of Form 1040 series filed during the current calendar year and the 3 prior calendar years (see instructions).
- b ☐ Verification of nonfiling.
- c ☐ Form(s) W-2 information (see instructions).
- d ☐ Copy of tax form and all attachments (including Form(s) W-2, schedules, or other forms). The charge is $23 for each period requested.
  **Note:** *If these copies must be certified for court or administrative proceedings, see instructions and check here* . . . . . ► ☐

9 If this request is to meet a requirement of one of the following, check all boxes that apply.
☐ Small Business Administration   ☐ Department of Education   ☐ Department of Veterans Affairs   ☐ Financial institution

| | |
|---|---|
| 10 Tax form number (Form 1040, 1040A, 941, etc.) | 12 Complete only if line 8d is checked. Amount due: |
| | a Cost for each period . . . . . . . $ 23.00 |
| 11 Tax period(s) (year or period ended date). If more than four, see instructions. | b Number of tax periods requested on line 11 |
| | c Total cost. Multiply line 12a by line 12b. $ |
| | *Full payment must accompany your request. Make check or money order payable to "Internal Revenue Service."* |

**Caution:** *Before signing, make sure all items are complete and the form is dated.*

I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. I am aware that based upon this form, the IRS will release the tax information requested to any party shown on line 5. The IRS has no control over what that party does with the information.

**Please Sign Here**

| | | |
|---|---|---|
| Signature. See Instructions. If other than taxpayer, attach authorization document. | Date | Telephone number of requester ( ) |
| Title (if line 1a above is a corporation, partnership, estate, or trust) | | Best time to call |
| Spouse's signature | Date | **TRY A TAX RETURN TRANSCRIPT** (see line 8a instructions) |

# Instructions

*Section references are to the Internal Revenue Code.*

**TIP:** If you had your tax form filled in by a paid preparer, check first to see if you can get a copy from the preparer. This may save you both time and money.

**Purpose of Form.—**Use Form 4506 to get a tax return transcript, verification that you did not file a Federal tax return, Form W-2 information, or a copy of a tax form. Allow 6 weeks after you file a tax form before you request a copy of it or a transcript. For W-2

information, wait 13 months after the end of the year in which the wages were earned. For example, wait until Feb. 1999 to request W-2 information for wages earned in 1997.

Do not use this form to request Forms 1099 or tax account information. See this page for details on how to get these items.

**Note:** *Form 4506 must be received by the IRS within 60 calendar days after the date you signed and dated the request.*

**How Long Will It Take?—**You can get a tax return transcript or verification of nonfiling within 7 to 10 workdays after the IRS receives your request. It can take up to 60 calendar

days to get a copy of a tax form or W-2 information. To avoid any delay, be sure to furnish all the information asked for on Form 4506.

**Forms 1099.—**If you need a copy of a Form 1099, contact the payer. If the payer cannot help you, call or visit the IRS to get Form 1099 information.

**Tax Account Information.—**If you need a statement of your tax account showing any later changes that you or the IRS made to the original return, request tax account information. Tax account information lists

*(Continued on back)*

**TO WHOM IT MAY CONCERN:**

I, **ALMA TAITAGUE** authorize a person, firm or entity to release for inspection and copying, to the Law Firm of **THORNTON, SUMMERS, BIECHLIN, DUNHAM & BROWN, L.C., One Park Place, 100 East Savannah Avenue, Suite 500, McAllen, Texas 78503,** or any other party or representative authorized by them, all of the matters listed below that pertain to me.  The matters to be released under this authorization are the following:  any and all employment records, personnel records, applications for employment, W-2 forms and other tax forms, documents related to the beginning of and termination of employment, and all documents, papers, checks, and ledgers showing wages, salaries, other earnings and employee benefits, and the amount of time and number of days worked.  The release of those matters is being authorized for purposes of the lawsuit identified above.  The copy of this authorization is agreed by me to have the same effect and force as an original.  Any person, firm, or entity that releases matters pursuant to this authorization is absolved from any liability that might otherwise result from the release of those matters.

_____          _____
**ALMA TAITAGUE**                                          **DATE OF BIRTH**


                                                          _____
                                                          **SOCIAL SECUIRTY NO.**

D-28812/3506    MOV:pdv    6/13/00

## CAUSE NO. 2000-CCL-497-B

| | | |
|---|---|---|
| ALMA T. TAITAGUE AND | § | IN THE COUNTY COURT AT LAW |
| BILL TAITAGUE | § | |
| | § | |
| VS. | § | NO. 2 |
| | § | |
| ALBERTSON'S, INC. | § | CAMERON COUNTY, TEXAS |

### DEFENDANT ALBERTSON'S, INC.'S REQUESTS FOR DISCLOSURE TO PLAINTIFF ALMA T. TAITAGUE

**TO:   ALMA TAITAGUE:**   by and through her attorney of record:

Mr. Anthony Troiani
**LAW OFFICES OF ANTHONY TROIANI**
700 Paredes Avenue, Suite 106
Brownsville, Texas 78520

Pursuant to Rule 194, Texas Rule of Civil Procedure, you are requested to disclose, within thirty (30) days of service of this request, the information or material described in Rule 194.2.

Respectfully submitted,

**THORNTON, SUMMERS, BIECHLIN,
DUNHAM & BROWN, L.C.**
418 East Dove
McAllen, Texas  78504
(956) 630-3080
(956) 630-0189 fax

BY:   _Miriam O. Victorian_
MIRIAM O. VICTORIAN
State Bar 20576700

ATTORNEY FOR DEFENDANT
ALBERTSON'S, INC.

JUN 14 2000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing

has been forwarded to the following counsel of record, via certified mail, return

receipt requested on June 13, 2000.

Mr. Anthony Troiani
**LAW OFFICES OF ANTHONY TROIANI**
700 Paredes Avenue, Suite 106
Brownsville, Texas 78520
(956) 541-4235
(956) 541-9147 (fax)


_____
**MIRIAM O. VICTORIAN**

D-28812/3506      MOV:pdv      6/13/00

## CAUSE NO. 2000-CCL-497-B

| | | |
|---|---|---|
| ALMA T. TAITAGUE AND | § | IN THE COUNTY COURT AT LAW |
| BILL TAITAGUE | § | |
| | § | |
| VS. | § | NO. 2 |
| | § | |
| ALBERTSON'S, INC. | § | CAMERON COUNTY, TEXAS |

### DEFENDANT ALBERTSON'S, INC.'S FIRST SET OF
### INTERROGATORIES TO PLAINTIFF BILL TAITAGUE

TO:   BILL TAITAGUE:   by and through his attorney of record:

Mr. Anthony Troiani
**LAW OFFICES OF ANTHONY TROIANI**
700 Paredes Avenue, Suite 106
Brownsville, Texas 78520

"**Instructions:**"  The undersigned party propounds the following Questions to you under the provisions of Rule 197 of the Texas Rules of Civil Procedure. These Questions are being served on your attorney and answers to the Questions should, to the extent possible, be answered in the spaces provided and if additional space is needed please use additional sheets or the back of the preceding page. You are notified that this party specifies that the answers to these Questions shall be served on the first business day after the expiration of thirty (30) days from the date of service of these Questions, and that the Questions and your sworn answers may be offered in evidence at the trial of this lawsuit.

In answering the following Questions, furnish all information and items available to you, including information or items in the possession of your attorneys,

JUN 14 2000

CutePDF - www.fasma.com

or their investigators, and all persons acting in your behalf and not merely such information known of our own personal knowledge. If you cannot answer a Question in full after exercising due diligence to secure the information or item requested, so state in your answer to the extent possible answer stating whatever information or knowledge you have.

The Questions which follow are to be considered as continuing, and you are requested to provide by way of supplemental answers hereto such additional information as you or any other person acting on your behalf may hereafter obtain which will augment or otherwise modify your answers given to the Questions below. Such supplemental responses are to be filed and served upon this party immediately upon receipt of such information.

As used herein, the following terms shall have the meaning indicated below:

      a.     "Persons" means natural persons, corporations, partnerships, sole proprietorships, unions, associations, federations or any other kind of entity.

      b..    "You" and "Your" shall mean the party to whom these questions are directed as well as agents, employees, attorneys, investigators and all other "persons" acting for said party.

In each Question wherein you are asked to identify a person, state with respect to such person as follows:

      a.    His full name
      b.    His last known address and phone number.

If the person to be identified is not a natural person (e.g. a corporation) give its name and address and principle business activity.

If you object to identifying any person as herein above defined, or you feel that a court order should be obtained by this party, please so state in your answer to the interrogatory.

Respectfully submitted,

**THORNTON, SUMMERS, BIECHLIN,**
**DUNHAM & BROWN, L.C.**
418 East Dove
McAllen, Texas 78504
(956) 630-3080
(956) 630-0189 fax

BY: _Miriam O. Victorian_
MIRIAM O. VICTORIAN
State Bar 20576700

ATTORNEY FOR DEFENDANT
ALBERTSON'S, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record, via certified mail, return receipt requested on June 13; 2000.

Mr. Anthony Troiani
**LAW OFFICES OF ANTHONY TROIANI**
700 Paredes Avenue, Suite 106
Brownsville, Texas 78520
(956) 541-4235
(956) 541-9147 (fax)

_Miriam O. Victorian_
**MIRIAM O. VICTORIAN**

## INTERROGATORIES

### INTERROGATORY NO. 1:

Please state all social security numbers ever held by you, all driver's licenses, types, numbers and by whom issued, held by you at any time, your full name and any other names you have ever used during your lifetime, including any nicknames attributed to you; your address or addresses for the past five years, giving the street, street number, city and state; your date and place of birth; and the name and last known street, city and state address of each person, if any, to whom you have ever been married either ceremonially or by common law.

### ANSWER:

### INTERROGATORY NUMBER 2:

Please state the name, date of birth and present address of all children you and your present spouse have by this marriage.

### ANSWER:

### INTERROGATORY NUMBER 3:

If you have been married previously, either ceremonially or by common law, please state the name and last known address of your former spouse; the respective dates of marriage; the reasons for termination of that marriage; and the name, date of birth and address of all children of that marriage.

### ANSWER:

**INTERROGATORY NUMBER 4:**

Have you ever made a claim for loss of consortium other than for the alleged occurrence made the basis of this lawsuit?  If so, please state to whom you were married, the injuries they suffered which caused you to make a claim, the case style and cause number if a lawsuit was the final outcome of your claim.

**ANSWER:**

**INTERROGATORY NUMBER 5:**

Prior to the alleged occurrence made the basis of this lawsuit, had you and/or your spouse been seen by or treated by any medical professional or any other counselor trained in marriage, sexual or emotional counseling?  If so, please state the name, address, the respective dates, all diagnosis and prognosis made, and the reason for consultation.

**ANSWER:**

**INTERROGATORY NUMBER 6:**

Have you been seen or treated by any medical professional or any person with expertise in the field of guidance, counseling, therapy of any other professional field for any alleged damages and/or injuries you claim as a result of the alleged occurrence?  If you answer in the affirmative, please state their name, address, the respective dates you were seen by them and their diagnosis.

**ANSWER:**

## INTERROGATORY NUMBER 7:

Has any medical professional or any person with expertise in the field of guidance, counseling, therapy of any professional field advised you that your spouse's accident was a contributing factor to your alleged impairment of your marital relationship?  If yes, list each person who so advised you, their address, telephone number and whether they have furnished you any kind of written report.

## ANSWER:

## INTERROGATORY NUMBER 8:

Please state in complete detail all facts upon which you make this claim that you have suffered loss of companionship and society of your spouse as a result of the alleged occurrence.

## ANSWER:

## INTERROGATORY NUMBER 9:

Please state in complete detail all facts upon which you base your claim that you have suffered loss of affection of your spouse as a result of the alleged occurrence.

## ANSWER:

## INTERROGATORY NUMBER 10:

Please state in complete detail all facts upon which you base your claim that you have suffered a loss of your spouse's services and assistance as a result of the alleged occurrence.

## ANSWER:

**INTERROGATORY NUMBER 11:**

Please state in complete detail any and all differences in the patterns of emotional interaction between you and your spouse as a result of the alleged occurrence.

**ANSWER:**

**INTERROGATORY NUMBER 12:**

Please state whether there is any activity in which you and your spouse participated together before the alleged occurrence which you now claim has been limited or terminated because of the alleged occurrence. (Including in your answer a description of the activity, to what extent the activity is limited and the amount of increase/decrease in the activity frequency.)

**ANSWER:**

**INTERROGATORY NUMBER 13:**

Prior to and/or subsequent to the alleged occurrence, had you or your spouse made use of a cleaning person, maid, babysitter, maintenance worker, handyman, gardener or other domestic worker? If so, please state their name, address, inclusive dates of employment, rate of pay and detailed description of their duties.

**ANSWER:**

**INTERROGATORY NUMBER 14:**

If you have been separated from your spouse at any time from the date of your marriage to the alleged occurrence, please state the dates and reasons for such separations, whether a divorce, separate support or similar action was commenced and whether there was a reconciliation.

**ANSWER:**

**INTERROGATORY NUMBER 15:**

With regard to the claims asserted for damages, please itemize each element of damages for which you are suing, and state in dollars and cents the amount of money you are suing for each.

**ANSWER:**


**INTERROGATORY NO. 16:**

Please identify all photographs, motion pictures, video T.V. recordings, maps, drawings, charts, diagrams, measurements, surveys, recorded statements or other documents concerning the events and happenings made the basis of this lawsuit, the scene of the accident, or the area, persons, or objects involved, either made before, at the time of, or after the time of the events in question, including any photographs made of you at any time since the incident made the basis of this lawsuit, that you, your attorney, your insurance carrier or anyone acting on your or their behalf, have or know of.

**ANSWER:**


**INTERROGATORY NO. 17:**

State whether or not any inspection, examination, test, or analysis of any portion of the premises involved in the occurrence made the basis of this lawsuit, or the scene of the occurrence in question, or any portion thereof has been made at any time by any person, if so, please state the date of such examination, inspection, test or analysis, and the identity of the persons participating in such inspection, examination, test or analysis.

**ANSWER:**

**INTERROGATORY NO. 18:**

Was an investigation conducted concerning the occurrence in question?  If so, please state the name, address and occupation of the person who conducted each investigation, the date on which each investigation was conducted, and the name and address of the person now having custody of each written report made concerning each investigation.

**ANSWER:**

**INTERROGATORY NO. 19:**

If you were under the care of a physician at the time of the incident made the basis of this lawsuit, please state the physician's name and address, what drugs and medication you were taking, and the nature of the ailment for which you were seen or treated.

**ANSWER:**

**INTERROGATORY NO. 20:**

If you have ever been a party to a lawsuit, for each such matter, state the style, cause number and court, and describe the nature of the suit and its disposition.

**ANSWER:**

**INTERROGATORY NO. 21:**

Please list in chronological order any previous insurance claim or loss which you have sustained, either individually or on behalf of any business in which you held any ownership interest, including the name of the insurance company, the claim number, and policy number, and the name and address of the person with whom you dealt, along with a brief description of the nature of each claim, and the resolution of the claim.

**ANSWER:**

**INTERROGATORY NO. 22:**

List all witnesses with knowledge of relevant facts by name, address, and telephone number.

**ANSWER:**

**INTERROGATORY NO. 23:**

Please list every testifying expert witness by name, address and telephone number.

**ANSWER:**

**INTERROGATORY NO. 24:**

Please identify, by name and address, all physicians, surgeons, chiropractors, osteopaths, psychiatrists, physiologists, or other practicing members of the healing arts or hospitals, pharmacies or other institutions who nave rendered medical treatment or furnished medicines, drugs or supplies to you for any injuries or pain resulting from the occurrence made the basis of this lawsuit.

**ANSWER:**

**INTERROGATORY NO. 25:**

Have you ever been a patient in any hospital or other health care facility or been treated by or consulted any physicians, surgeons, chiropractors, osteopaths, psychiatrists, physiologists, or other practitioners of the healing arts in the past ten (10) years, please identify each by name and address.

**ANSWER:**

STATE OF TEXAS

COUNTY OF _____

BEFORE me, the undersigned authority, on this day personally

appeared BILL TAITAGUE, known to me to be the person whose name is

subscribed to the foregoing instrument, who after being duly sworn and deposed,

says that the above and foregoing answers to Interrogatories are true and correct.


_____

BILL TAITAGUE


SUBSCRIBED AND SWORN TO BEFORE ME by the said BILL TAITAGUE on

this the ____ day of _____, 2000.


_____

NOTARY PUBLIC, IN AND FOR
THE STATE OF TEXAS

D-28812/3506    MOV:pdv        6/13/00

## CAUSE NO. 2000-CCL-497-B

| | | |
|---|---|---|
| ALMA T. TAITAGUE AND | § | IN THE COUNTY COURT AT LAW |
| BILL TAITAGUE | § | |
| | § | |
| VS. | § | NO. 2 |
| | § | |
| ALBERTSON'S, INC. | § | CAMERON COUNTY, TEXAS |

## DEFENDANT ALBERTSON'S, INC.'S REQUESTS FOR
## PRODUCTION TO PLAINTIFF BILL TAITAGUE

TO:   BILL TAITAGUE:   by and through his attorney of record:

Mr. Anthony Troiani
**LAW OFFICES OF ANTHONY TROIANI**
700 Paredes Avenue, Suite 106
Brownsville, Texas 78520

<u>"Instructions:"</u>        Pursuant to the provisions of Rule 196 of the Texas Rules

of Civil Procedure, you are hereby requested to produce the below designated

documents (including papers, books, accounts, writings, drawings, graphs, charts,

photographs or any insurance agreements under which any person or entity

carrying on an insurance business may be liable to satisfy part or all of a judgment

which may be rendered in this action or to indemnify or reimburse for payments

made the satisfy the judgment), recordings and other data compilations from which

information can be obtained, translated, if necessary by you, your agents or

attorneys through appropriate devices into reasonable usable form, and to produce

the below designated tangible things which constitute or contain matters which are

in the possession, custody or control of you, your agents, servants or attorneys, for

JUN 14 2000

CVAPDF - www.fevito.com

inspection, sampling, testing, photographing and/or copying within thirty (30) days after you receive these Requests for Production, at One Park Place, 100 E. Savannah, Suite 500, McAllen, Texas 78503.  You are advised that pursuant to Rule 196, you must make a written response that shall state with respect to each item or category of items that inspection will be permitted as requested and that you will comply with this Request, except to the extent that objections are made, stating specific reasons why such discovery will not be allowed.  You are advised that pursuant to Rule 196, response to these Requests shall be served within thirty (30) days after receipt of the Request.  Legible copies of documentary evidence may be submitted in lieu of any originals.

In responding to the following Requests for Production, furnish all information and items available to you, including information or items in the possession of your attorneys, or their investigators, and all persons acting in your behalf and not merely such information known of our own personal knowledge.  If you cannot respond to a Request in full after exercising due diligence to secure the information or item requested, so state in your response and to the extent possible respond stating whatever information or knowledge you have.

As used herein, the following terms shall have the meaning indicated below:

    a.    "Persons" means natural persons, corporations, partnerships, sole proprietorships, unions, associations, federations or any other kind of entity.

    b.    "Document" means any printed, typewritten, hand written, mechanically or otherwise recorded matter of whatever character, including but without limitation, letters, purchase orders, memoranda, telegrams, notes, catalogues, brochures,

diaries, reports, calendars, inter- or intra- office communications, statements, investigative reports, announcements, depositions, answers to interrogatories, pleadings, judgments, newspaper articles, photographs, tape recordings, motion pictures and any carbon or photographic copies of any such material if you do not have custody or control of the original. If any document requested to be identified was but is no longer in your possession or control or is no longer in existence, state whether it is:

1.    Missing or lost,
2.    Destroyed,
3.    Transferred voluntarily or involuntarily to others, and, if so, to whom, or
4.    Otherwise disposed of; and in each instance explain the circumstances surrounding thereof, state authorization of such disposition thereof, state the approximate date thereof and describe its contents.

c.    "You" and "Your" shall mean the party to whom these questions are directed as well as agents, employees, attorneys, investigators and all other "persons" acting for said party.

In each Question wherein you are asked to identify a person, state with respect to such person as follows:

a.    His full name.
b.    His last known address and phone number.

If the person to be identified is not a natural person (e.g. a corporation) give its name and address and principle business activity.

If you object to identifying any person as hereinabove defined, or producing any item requested, or you feel that a court order should be obtained by this party, please so state in your response to a request for production.

Respectfully submitted,

**THORNTON, SUMMERS, BIECHLIN,
DUNHAM & BROWN, L.C.**
418 East Dove
McAllen, Texas  78504
(956) 630-3080
(956) 630-0189 fax

BY: _____
MIRIAM O. VICTORIAN
State Bar 20576700

ATTORNEY FOR DEFENDANT
ALBERTSON'S, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing

has been forwarded to the following counsel of record, via certified mail, return

receipt requested on June 13, 2000.

Mr. Anthony Troiani
**LAW OFFICES OF ANTHONY TROIANI**
700 Paredes Avenue, Suite 106
Brownsville, Texas 78520
(956) 541-4235
(956) 541-9147 (fax)

_____
**MIRIAM O. VICTORIAN**

## REQUESTS FOR PRODUCTION

### REQUEST NUMBER 1:

Please furnish us with written or other documentation concerning all factual observations, tests, supporting data, calculations, x-rays, photographs and opinions of each physician, surgeon, chiropractor, osteopath, psychiatrist, physiologist, or other practicing member of the healing arts that treated you for any medical condition resulting from the occurrence made the basis of this lawsuit and sign the attached medical authorizations.

### RESPONSE:

### REQUEST NUMBER 2:

Please produce copies of any and all medical bills and/or hospital bills, or any other records, documents or memoranda evidencing damages sought by the plaintiffs in this cause.

### RESPONSE:

### REQUEST NUMBER 3:

Please furnish us with a copy of the your income tax returns for the five (5) years immediately preceding the date of the occurrence made the basis of this lawsuit and any filed since that date, and any documents or other verification of your rate of pay and sign the attached income tax authorization and Social Security Request for Detailed Earnings Information.

### RESPONSE:

**REQUEST NUMBER 4:**

Please produce any invoices, bills, statements, records, or other documents in your possession, custody, or control which would indicate any costs or expenses which you are or will be alleging as damages to be assessed against this defendant in this lawsuit.

**RESPONSE:**

**REQUEST NUMBER 5:**

Please produce all documents that pertain, in any way, to claimed future loss of earnings or earning capacity as a result of the occurrence made the basis of this lawsuit.

**RESPONSE:**

**REQUEST NUMBER 6:**

Please produce all settlement agreements or other agreements of any nature that you have entered into with any party to this lawsuit or with any other person or entity which would relate to the claims asserted by you in this lawsuit or to the liability of any persons or entities therefor.

**RESPONSE:**

**REQUEST NUMBER 7:**

Please produce copies of all pleadings, papers or claims filed on your behalf in any criminal, civil or workers' compensation proceeding in which you were a party.

**RESPONSE:**

**REQUEST NUMBER 8:**

Please produce copies of all correspondence, claim forms or other documentation relating to any claim filed on behalf of you for social security benefits.

**RESPONSE:**

**REQUEST NUMBER 9:**

Please produce all physical objects, exhibits, or demonstrative evidence that are relevant to any issue in this lawsuit.

**RESPONSE:**

**REQUEST NUMBER 10:**

Please produce all statements (whether written, recorded, transcribed, or in any other way preserved) of persons who have knowledge of discoverable matters, whether or not admissible, that are or may be relevant to any issues in this lawsuit.

**RESPONSE:**

**REQUEST NUMBER 11:**

A copy of your birth certificate.

**RESPONSE:**


**REQUEST NUMBER 12:**

A copy of all of your divorce decrees, annulments, or legal evidence indicating the termination of a marriage, if applicable.

**RESPONSE:**


**REQUEST NUMBER 13:**

A copy of your social security card.

**RESPONSE:**


**REQUEST NUMBER 14:**

If you are not a U.S. citizen, a copy of your resident alien card.

**RESPONSE:**


**REQUEST NUMBER 15:**

Please furnish a copy of all written or other documentation of any investigation of the incident in question.

**RESPONSE:**

## REQUEST NUMBER 16:

Attached to these request for production is a Medical Authorization Form and Employment History Release Form. Please execute the authorizations and return them with your responses to request for production of documents.  If you do not do so, please state the reason why you will not.

## RESPONSE:

Form **4506**

(Rev. May 1997)

Department of the Treasury
Internal Revenue Service

# Request for Copy or Transcript of Tax Form

► **Read instructions before completing this form.**

► **Type or print clearly. Request may be rejected if the form is incomplete or illegible.**

OMB No. 1545-0429

**Note:** *Do not use this form to get tax account information. Instead, see instructions below.*

| 1a | Name shown on tax form. If a joint return, enter the name shown first. | 1b | First social security number on tax form or employer identification number (see instructions) |
|---|---|---|---|

| 2a | If a joint return, spouse's name shown on tax form | 2b | Second social security number on tax form |
|---|---|---|---|

3 Current name, address (including apt., room, or suite no.), city, state, and ZIP code

4 Address, (including apt., room, or suite no.), city, state, and ZIP code shown on the last return filed if different from line 3

5 If copy of form or a tax return transcript is to be mailed to someone else, enter the third party's name and address

6 If we cannot find a record of your tax form and you want the payment refunded to the third party, check here . . . . . . ► ☐

7 If name in third party's records differs from line 1a above, enter that name here (see instructions) ►

8 Check only one box to show what you want. There is no charge for items 8a, b, and c:

a ☐ Tax return transcript of Form 1040 series filed during the current calendar year and the 3 prior calendar years (see instructions).

b ☐ Verification of nonfiling.

c ☐ Form(s) W-2 information (see instructions).

d ☐ Copy of tax form and all attachments (including Form(s) W-2, schedules, or other forms). The charge is $23 for each period requested.
Note: *If these copies must be certified for court or administrative proceedings, see instructions and check here* . . . . ► ☐

9 If this request is to meet a requirement of one of the following, check all boxes that apply.
☐ Small Business Administration ☐ Department of Education ☐ Department of Veterans Affairs ☐ Financial institution

| 10 Tax form number (Form 1040, 1040A, 941, etc.) | 12 Complete only if line 8d is checked. Amount due: | | |
|---|---|---|---|
| | a Cost for each period . . . . . . . | $ | 23.00 |
| 11 Tax period(s) (year or period ended date). If more than four, see instructions. | b Number of tax periods requested on line 11 | | |
| | c Total cost. Multiply line 12a by line 12b. | $ | |
| | *Full payment must accompany your request. Make check or money order payable to "Internal Revenue Service."* | | |

**Caution:** *Before signing, make sure all items are complete and the form is dated.*

I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. I am aware that based upon this form, the IRS will release the tax information requested to any party shown on line 5. The IRS has no control over what that party does with the information.

**Please Sign Here**

► Signature. See instructions. If other than taxpayer, attach authorization document.       Date

Title (if line 1a above is a corporation, partnership, estate, or trust)

Spouse's signature                                                     Date

Telephone number of requester
( )

Best time to call

**TRY A TAX RETURN TRANSCRIPT** (see line 8a instructions)

# Instructions

*Section references are to the Internal Revenue Code.*

**TIP:** If you had your tax form filled in by a paid preparer, check first to see if you can get a copy from the preparer. This may save you both time and money.

**Purpose of Form.—**Use Form 4506 to get a tax return transcript, verification that you did not file a Federal tax return, Form W-2 information, or a copy of a tax form. Allow 6 weeks after you file a tax form before you request a copy of it or a transcript. For W-2

information, wait 13 months after the end of the year in which the wages were earned. For example, wait until Feb. 1999 to request W-2 information for wages earned in 1997.

Do not use this form to request Forms 1099 or tax account information. See this page for details on how to get these items.
**Note:** *Form 4506 must be received by the IRS within 60 calendar days after the date you signed and dated the request.*

**How Long Will It Take?—**You can get a tax return transcript or verification of nonfiling within 7 to 10 workdays after the IRS receives your request. It can take up to 60 calendar

days to get a copy of a tax form or W-2 information. To avoid any delay, be sure to furnish all the information asked for on Form 4506.

**Forms 1099.—**If you need a copy of a Form 1099, contact the payer. If the payer cannot help you, call or visit the IRS to get Form 1099 information.

**Tax Account Information.—**If you need a statement of your tax account showing any later changes that you or the IRS made to the original return, request tax account information. Tax account information lists

*(Continued on back)*

**TO WHOM IT MAY CONCERN:**

I, **BILL TAITAGUE,** authorize a person, firm or entity to release for inspection and copying, to the Law Firm of **THORNTON, SUMMERS, BIECHLIN, DUNHAM & BROWN, L.C., One Park Place, 100 East Savannah Avenue, Suite 500, McAllen, Texas 78503,** or any other party or representative authorized by them, all of the matters listed below that pertain to me. The matters to be released under this authorization are the following: any and all employment records, personnel records, applications for employment, W-2 forms and other tax forms, documents related to the beginning of and termination of employment, and all documents, papers, checks, and ledgers showing wages, salaries, other earnings and employee benefits, and the amount of time and number of days worked. The release of those matters is being authorized for purposes of the lawsuit identified above. The copy of this authorization is agreed by me to have the same effect and force as an original. Any person, firm, or entity that releases matters pursuant to this authorization is absolved from any liability that might otherwise result from the release of those matters.

_____          _____

**BILL TAITAGUE**                                                  **DATE OF BIRTH**

 

                                                                             _____

                                                                             **SSN:**

## AUTHORIZATION FOR THE RELEASE OF MEDICAL RECORDS

TO:  ALL PHYSICIANS, HOSPITALS, CLINICS AND HEALTH AND
       MEDICAL CARE PROVIDERS

I, **BILL TAITAGUE,** the undersigned, hereby request and authorize you to release and furnish to the law firm of THORNTON, SUMMERS, BIECHLIN, DUNHAM & BROWN, L.C., 100 East Savannah, Suite 500, McAllen, Texas 78503, complete and unaltered copies of any and all of my medical records, including, but not limited to, any and all admission records, histories, physical examinations, physician orders, progress notes, discharge summaries, laboratory reports, blood gas analyses, transfusion reports, consent reports, graphic sheets, vital sign charts, blood pressure records, nurses notes, records of intake and output, electrocardiogram sheets, notes, writings, x-ray films, photographs, other imaging modalities, memoranda, incident reports, documents, materials, other tangible items, things and the like.

The purpose of this authorization is to furnish these attorneys with accurate and unaltered copies of decedent's medical records to permit and assist them in the investigation of a lawsuit filed by us on behalf of decedent's estate. This authorization will remain in effect until you have received written notification that it has been withdrawn. This authorization will also remain in effect if a copy of this authorization is offered instead of the original.


_____           _____
**BILL TAITAGUE**                                              **DATE OF BIRTH**

**SSN:** _____


_____
DATE

D-28812/3506    MOV:pdv        6/13/00

## CAUSE NO. 2000-CCL-497-B

| | | |
|---|---|---|
| ALMA T. TAITAGUE AND<br>BILL TAITAGUE | §<br>§<br>§ | IN THE COUNTY COURT AT LAW |
| VS. | §<br>§ | NO. 2 |
| ALBERTSON'S, INC. | § | CAMERON COUNTY, TEXAS |

### DEFENDANT ALBERTSON'S, INC.'S REQUESTS FOR DISCLOSURE TO PLAINTIFF BILL TAITAGUE

TO:    BILL TAITAGUE:   by and through his attorney of record:

Mr. Anthony Troiani
**LAW OFFICES OF ANTHONY TROIANI**
700 Paredes Avenue, Suite 106
Brownsville, Texas 78520

Pursuant to Rule 194, Texas Rule of Civil Procedure, you are requested to

disclose, within thirty (30) days of service of this request, the information or

material described in Rule 194.2.

Respectfully submitted,

**THORNTON, SUMMERS, BIECHLIN,
DUNHAM & BROWN, L.C.**
418 East Dove
McAllen, Texas  78504
(956) 630-3080
(956) 630-0189 fax

BY:   _Miriam O. Victorian_
      MIRIAM O. VICTORIAN
      State Bar 20576700

ATTORNEY FOR DEFENDANT
ALBERTSON'S, INC.

JUN 14 2000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing

has been forwarded to the following counsel of record, via certified mail, return

receipt requested on June 13, 2000.

Mr. Anthony Troiani
**LAW OFFICES OF ANTHONY TROIANI**
700 Paredes Avenue, Suite 106
Brownsville, Texas 78520
(956) 541-4235
(956) 541-9147 (fax)

**MIRIAM O. VICTORIAN**

# EXHIBIT "C"

CVISPDF – www.fesiio.com

# ANTHONY TROIANI

## Attorney at Law - Licenciado

700 Paredes Avenue, Suite 106
Brownsville, Texas 78521
telephone: <956-541-4235>
facsimile: <956-541-9174>

July 13, 2000

**VIA CM. RRR 7099 3220 0001 2237 3118**
Ms. Miriam O. Victorian
THORNTON, SUMMERS, BIECHLIN,
DUNHAM & BROWN, L.L.C.
418 East Dove Ave.
McAllen, Texas 78504-2240

Re:   *COMPLAINT NO. B-00-099; Notice of Removal Filed June 27, 2000; In the
      Southern District of Texas, Brownsville Division;*

      *CAUSE NO. 2000-CCL-497-B; Alma Taitague, et. al. vs. Albertson's, Inc.; In
      the County Court at Law No. 2, Cameron County, Texas.*

Dear Ms. Victorian:

   Enclosed please find Alma Taitague and Bill Cho Taitague's answers to
interrogatories, request for production and request for disclosure. I am in receipt of your
correspondence dated June 28, 2000 regarding the abatement of the discovery previously
propounded to your client prior to removal to federal court.

   Unfortunately, I disagree with your interpretation of the law. It is my position that
discovery is due as a proceeding had in such action prior to removal within the meaning
of 28 USC 1450. Therefore the answers to interrogatories, requests for production and
request for disclosure propounded on your client are not abated, and are to be timely
answered.

   Should you have any questions, please do not hesitate to contact me.

                              Sincerely,

                              Anthony P. Troiani

APT:alt
Enclosures

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To:

McAllen TX

| | |
|---|---|
| Postage | $ 3.20 |
| Certified Fee | 1.40 |
| Return Receipt Fee (Endorsement Required) | 1.25 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.85 |

Name (Please Print Clearly) (To be completed by mailer)
Miriam Victorian

Street, Apt. No.; or PO Box No.
418 East Dove Ave.

City, State, ZIP+4
McAllen TX 78504

7099 3220 0001 2237 3118

PS Form 3800, July 1999          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Miriam Victorian
418 East Dove
McAllen, TX 78504

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery
Diana Montoya    7/4/00

C. Signature
X    ☐ Agent    ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☒ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)
7099 3220 0001 2237 3118

PS Form 3811, July 1999          Domestic Return Receipt          102595-99-M-1789

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION
(PURSUANT TO NOTICE OF REMOVAL FILED ON JUNE 27, 2000)

ALMA TAITAGUE and BILL TAITAGUE        §
                                       §
                                       §
VS.                                    §        CIVIL ACTION NO. B-00-099
                                       §
                                       §
                                       §
ALBERTSON'S, INC.                      §

★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★

CAUSE NO.  2000-CCL-497-B

ALMA TAITAGUE AND          §        IN THE COUNTY COURT
BILL TAITAGUE              §
                          §
VS.                        §        AT LAW NO. 2 OF
                          §
                          §
ALBERTSON'S, INC.          §        CAMERON COUNTY, TEXAS

## PLAINTIFF ALMA TAITAGUE'S ANSWERS AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

NOW COMES, **ALMA TAITAGUE,** by and through her attorney of record, and

pursuant to Rule 197 of the Texas Rules of Civil Procedure answers Defendant,

**ALBERTSON'S, INC.'S** First Set of Interrogatories.

Respectfully submitted.

Law Office of Anthony P. Troiani
700 Paredes Avenue Suite 106
Brownsville, Texas 78520
Tel. (956) 541-4235
Fax. (956) 541-9174

By: _____
Anthony P. Troiani
State Bar No. 00795914

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, Anthony Troiani, do hereby certify that a true and correct copy of the following instrument has been sent to Defendant's attorney on July 13 , 2000 in accordance with FRCP 5:

Ms. Miriam O. Victorian
THORNTON, SUMMERS, BIECHLIN,
   DUNHAM & BROWN, L.C.
418 East Dove Avenue
McAllen, Texas 78504-2240

_____
ANTHONY TROIANI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION
(PURSUANT TO NOTICE OF REMOVAL FILED ON JUNE 27, 2000)

ALMA TAITAGUE and BILL TAITAGUE        §
                                       §
                                       §
VS.                                    §        CIVIL ACTION NO. B-00-099
                                       §
                                       §
ALBERTSON'S, INC.                      §


**********************************************************

CAUSE NO.  2000-CCL-497-B

ALMA TAITAGUE AND           §        IN THE COUNTY COURT
BILL TAITAGUE               §
                            §
VS.                         §        AT LAW NO. 2 OF
                            §
                            §
ALBERTSON'S, INC.           §        CAMERON COUNTY, TEXAS

### PLAINTIFF ALMA TAITAGUE'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF REQUEST FOR PRODUCTION

NOW COMES, **ALMA TAITAGUE,** by and through her attorney of record, and

pursuant to Rule 196 of the Texas Rules of Civil Procedure answers Defendant,

**ALBERTSON'S, INC.'S** Requests for Production.

Respectfully submitted.

Law Office of Anthony P. Troiani
700 Paredes Avenue Suite 106
Brownsville, Texas 78520
Tel. (956) 541-4235
Fax. (956) 541-9174

By: _____
    Anthony P. Troiani
    State Bar No. 00795914

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, Anthony Troiani, do hereby certify that a true and correct copy of the following instrument has been sent to Defendant's attorney on July 13, 2000 in accordance with FRCP 5:

Ms. Miriam O. Victorian
THORNTON, SUMMERS, BIECHLIN,
    DUNHAM & BROWN, L.C.
418 East Dove Avenue
McAllen, Texas 78504-2240

_____
ANTHONY TROIANI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION
(PURSUANT TO NOTICE OF REMOVAL FILED ON JUNE 27, 2000)

| | | |
|---|---|---|
| ALMA TAITAGUE and BILL TAITAGUE | § § § | |
| VS. | § § | CIVIL ACTION NO. B-00-099 |
| ALBERTSON'S, INC. | § § § | |

**************************************************

CAUSE NO.  2000-CCL-497-B

| | | |
|---|---|---|
| ALMA TAITAGUE AND BILL TAITAGUE | § § § | IN THE COUNTY COURT |
| VS. | § § | AT LAW NO. 2 OF |
| ALBERTSON'S, INC. | § § § | CAMERON COUNTY, TEXAS |

## PLAINTIFF BILL TAITAGUE'S ANSWERS AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

NOW COMES, **BILL TAITAGUE,** by and through his attorney of record, and

pursuant to Rule 197 of the Texas Rules of Civil Procedure answers Defendant,

**ALBERTSON'S, INC.'S** First Set of Interrogatories.

Respectfully submitted.

Law Office of Anthony P. Troiani
700 Paredes Avenue Suite 106
Brownsville, Texas 78520
Tel. (956) 541-4235
Fax. (956) 541-9174

By: _____
Anthony P. Troiani
State Bar No. 00795914

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, Anthony Troiani, do hereby certify that a true and correct copy of the following instrument has been sent to Defendant's attorney on July 13 , 2000 in accordance with FRCP 5:

Ms. Miriam O. Victorian
THORNTON, SUMMERS, BIECHLIN,
    DUNHAM & BROWN, L.C.
418 East Dove Avenue
McAllen, Texas 78504-2240

_____
ANTHONY TROIANI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION
(PURSUANT TO NOTICE OF REMOVAL FILED ON JUNE 27, 2000)

| | | |
|---|---|---|
| ALMA TAITAGUE and BILL TAITAGUE | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-099 |
| | § | |
| | § | |
| | § | |
| ALBERTSON'S, INC. | § | |

**************************************************

CAUSE NO.  2000-CCL-497-B

| | | |
|---|---|---|
| ALMA TAITAGUE AND | § | IN THE COUNTY COURT |
| BILL TAITAGUE | § | |
| | § | |
| VS. | § | AT LAW NO. 2 OF |
| | § | |
| | § | |
| ALBERTSON'S, INC. | § | CAMERON COUNTY, TEXAS |

<u>**PLAINTIFF BILL TAITAGUE'S RESPONSES AND OBJECTIONS**</u>
<u>**TO DEFENDANT'S FIRST SET OF REQUEST FOR PRODUCTION**</u>

NOW COMES, **BILL TAITAGUE,** by and through his attorney of record, and

pursuant to Rule 196 of the Texas Rules of Civil Procedure answers Defendant,

**ALBERTSON'S, INC.'S** Requests for Production.

Respectfully submitted.

Law Office of Anthony P. Troiani
700 Paredes Avenue Suite 106
Brownsville, Texas 78520
Tel. (956) 541-4235
Fax. (956) 541-9174

By: _____
    Anthony P. Troiani
    State Bar No. 00795914

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, Anthony Troiani, do hereby certify that a true and correct copy of the following instrument has been sent to Defendant's attorney on July 13, 2000 in accordance with FRCP 5:

Ms. Miriam O. Victorian
THORNTON, SUMMERS, BIECHLIN,
    DUNHAM & BROWN, L.C.
418 East Dove Avenue
McAllen, Texas 78504-2240

_____
ANTHONY TROIANI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION
(PURSUANT TO NOTICE OF REMOVAL FILED ON JUNE 27, 2000)

ALMA TAITAGUE and BILL TAITAGUE     §
                                        §

VS..                                              §      CIVIL ACTION NO. B-00-099
                                        §

ALBERTSON'S, INC.                       §

**********************************************

CAUSE NO.  2000-CCL-497-B

ALMA TAITAGUE AND        §      IN THE COUNTY COURT
BILL TAITAGUE              §
                              §
VS.                             §      AT LAW NO. 2 OF
                              §
ALBERTSON'S, INC.               §      CAMERON COUNTY, TEXAS

## PLAINTIFFS' RESPONSES TO DEFENDANT'S REQUEST FOR DISCLOSURE

NOW COMES, **ALMA TAITAGUE** and **BILL TAITAGUE,** by and through their attorney of record, and pursuant to Rule 194 of the Texas Rules of Civil Procedure respond to Defendant, **ALBERTSON'S, INC.'S** Request for Disclosure and provides the following:

a.     The correct names of the parties to this lawsuit.

RESPONSE:

     **Alma Taitague - Plaintiff**

     **Bill Taitague - Plaintiff**