6

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 21 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ALMA TAITAGUE and BILL TAITAGUE § | |
| § | |
| § | |
| VS. § | CIVIL ACTION NO. B-00-099 |
| § | |
| § | |
| § | |
| ALBERTSON'S, INC. § | |

## PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR PROTECTION

TO THE UNITED STATES DISTRICT COURT:

NOW COMES Plaintiffs, ALMA TAITAGUE and BILL TAITAGUE, in the above-entitled and numbered cause of action, and moves this Court to deny Defendant's request for a protective order regarding interrogatories, requests for production and requests for admission.

### A.

### INTRODUCTION

1. Defendant answers Plaintiffs' petition in state court on June 13, 2000.

2. Defendant serves interrogatories, requests for production and requests for disclosure to Plaintiffs on June 13, 2000.

3. Defendant files its Notice of Removal on June 26, 2000.

4. Plaintiffs timely respond to Defendant's discovery requests on July 14, 2000 and Plaintiffs advise Defendant that they disagree with Defense counsel's interpretation of the law.

# B.

# ARGUMENT

5. The court should deny Defendant's Motion for Protection based on the following:

    A.    <u>Effect of Prior state court proceedings</u>- The federal court takes the action as it stood in state court when removed. Thus, all existing orders- including rulings on discovery and extensions of time to plead remain in effect until modified by the federal court. *Jenkins v. Commonwealth Land Title Ins. Co.*, 95 F.3d 791, 795 (9th Cir. 1996); see 28 U.S.C. § 1450 (stating "all orders and other proceeding s had in (state court) action prior to removal shall remain in full force and effect until dissolved or modified by the district court").

    B.    <u>Prior discovery requests:</u>- Discovery requests served before removal should also be given effect under 28 U.S.C. § 1450 unless modified or terminated by the federal court. Discovery requests are "proceedings had in such action prior to removal" within the meaning of § 1450. In the present case Defendant's submitted discovery to Plaintiffs on June 14, 2000. Defendants did not file there removal until June 27, 2000. Defendant cannot now cry foul once it has participated in state court discovery proceedings.

# C.

# CONCLUSION

6. Arguably, discovery requests, including requests for production, interrogatories, etc., served before removal should be given effect under 28 U.S.C. § 1450. factual and evidentiary support for its Notice of Removal, but instead improperly presented the Court with conclusory allegations as to the amount in controversy. Plaintiffs ask the court to deny

Defendant's motion for protection, enforce Plaintiffs discovery requests, and award Plaintiffs their court costs, expenses and attorneys' fees.

Respectfully submitted.

By: _____
Anthony P. Troiani
State Bar No. 00795914
Fed. I.D. No. 20607
Law Office of Anthony Troiani
700 Paredes Avenue Suite 106
Brownsville, Texas 78520
Tel. (956) 541-4235
Fax. (956) 541-9174

Attorney-in-Charge for Plaintiffs

## CERTIFICATE OF SERVICE

I, Anthony Troiani, do hereby certify that a true and correct copy of the following instrument has been sent to Defendant's attorney on July 21, 2000 in accordance with FRCP 5:

Ms. Miriam O. Victorian
THORNTON, SUMMERS, BIECHLIN,
DUNHAM & BROWN, L.C.
418 East Dove Avenue
McAllen, Texas 78504-2240

_____
ANTHONY TROIANI