9

United States District Court
Southern District of Texas
FILED

# THE HONORABLE JOHN WM. BLACK

AUG 1 0 2000

## INITIAL PRETRIAL CONFERENCE

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-00-099

DATE & TIME: ___08-10-00 AT 2:00 P.M.___

ALMA T. TAITAGUE AND
AND BILL TAITAGUE

PLAINTIFF(S)  ___ANTHONY TROIANI___
COUNSEL

VS.

ALBERTSON'S, INC.

DEFENDANT(S)  ___MIRIAM O. VICTORIAN___
COUNSEL

-----------------------------------------------------------------------------------------------------------

Attorneys Anthony Troiani and Miriam Victorian appeared in chambers.

Scheduling dates were selected.