United States District Court
Southern District of Texas
ENTERED

SEP 15 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALMA T. TAITAGUE AND<br>BILL TAITAGUE | § § § | |
| VS. | § | CIVIL ACTION NO. B-00-099 |
| ALBERTSON'S, INC. | § § § | |

## ORDER

On September 14, 2000, the Court considered Defendant, Albertson's, Inc.'s Motion for Protection. (Docket No. 4). After considering the Motion, and the Response, and after a hearing, the Court finds that it does not have merit and should be **DENIED**.

IT IS THEREFORE **ORDERED** that discovery propounded to Defendant in the County Court of Law No. 2 of Cameron County, Texas is due and shall be provided to Plaintiffs on or before October 16, 2000.

SIGNED at Brownsville, Texas, this 14th day of September, 2000.

_____
John Wm. Black
United States Magistrate Judge