*13*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
## -BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

OCT 0 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALMA T. TAITAGUE AND | § | |
| BILL TAITAGUE, | § | |
|    Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-99 |
| | § | |
| ALBERTSON'S, INC., | § | |
|    Defendant. | § | |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action.  After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of August 16, 2000 should be **ADOPTED.**

IT IS ORDERED that the Plaintiff's Motion to Remand be **DENIED.**

DONE at Brownsville, Texas this _____5ᵗʰ_____ day of _____Oct._____, 2000.

Filemon B. Vela
United States District Court Judge