14

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 3 0 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ALMA TAITAGUE and BILL TAITAGUE | § § § | |
| VS. | § § | CIVIL ACTION NO. B-00-099 |
| ALBERTSON'S, INC. | § § § | |

### PLAINTIFFS' MOTION TO ENLARGE TIME FOR COMPLETION OF DISCOVERY AND MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes **ALMA TAITAGUE** and **BILL TAITAGUE,** Plaintiffs, in the above-styled and numbered cause and file this their Motion To Enlarge Time for Completion of Discovery and Motion for Continuance, and show the Court as follows:

I.

Plaintiffs, Alma Taitague and Bill Taitague sued Defendant, Albertson's, Inc., for personal injuries sustained by Plaintiff, Alma Taitague, as a result of a slip and fall accident.

II.

This case is set for trial in May, 2001. The deadline for completion of discovery is December 15, 2000.

III.

Plaintiffs' counsel needs additional time to obtain the depositions of the following individuals whose testimony is relevant and material to this case: Enid Pryor-Risk

Management for Defendant, Sal Gonzalez-Store Manager for Defendant, and R— Cortez- Employee for Defendant. See *Sablan v. Department of Fin.*, 856 F.2d 1317, 1322 (9th Cir. 1988); *U.S. v. Antioch Found.*, 822 F.2d 693, 697 (7th Cir. 1987). Plaintiffs have been diligent in attempting to obtain said depositions. See *Real v. Hogan*, 828 F. 58, 63 (1st Cir. 1987); *Antioch Found.*, 822 F.2d at 697. On October 27, 2000, Plaintiffs' counsel sent correspondence to opposing counsel via facsimile transmission regarding deposition dates. **See attached EXHIBIT "A"**. On October 31, 2000, Plaintiffs' counsel again sent correspondence to opposing counsel via facsimile transmission regarding depositions. **See attached EXHIBIT "B"**. On November 1, 2000, Plaintiffs' counsel received correspondence from opposing counsel regarding her leaving the current firm to relocate to Houston, Texas, and would pass along the request for depositions to the new attorneys handling Defendant's case. **See attached EXHIBIT "C"**. On November 2, 2000, correspondence was sent to opposing counsel via facsimile transmission regarding pending discovery issues. **See attached EXHIBIT "D"**. However, to date, we have not had any contact from Defendant's new counsel pertaining to said discovery issues and/or depositions. As a result, Plaintiffs request enlargement of time to supplement discovery, complete ongoing discovery, and obtain the depositions of individuals who have relevant information pertaining to the above-referenced matter.

III.

Plaintiffs will suffer substantial prejudice if they are not permitted to complete discovery and/or obtain the depositions of the above-referenced individuals. *Sablan*, F.2d at 1321. Plaintiffs have attempted to obtain the depositions of the above-referenced individuals. However, opposing counsel's attorney advised that she would no longer

handling said case for Defendant due to her leaving the firm to relocate to Houston, Texas. We have had no contact from Defendant's new attorney in this case.

IV.

This motion is not sought for delay but that justice may be done.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs respectfully request the Court grant them additional time to complete ongoing discovery. Additionally, Plaintiffs respectfully request the Court to allow them the opportunity to obtain the information requested and grant their Motion to Enlarge Time for Completion of Discovery, finding that discovery is still ongoing. Plaintiffs further request that the above-referenced case be removed from its present setting and be continued until the next available trial setting. Plaintiffs pray that the Court grant all such other and further relief, special and general, at law or in equity, to which they may show themselves justly entitled.

Respectfully submitted,

LAW OFFICE OF ANTHONY TROIANI

By: _____
ANTHONY P. TROIANI
Fed. I.D. #20607
TBA# 00795914
700 Paredes Ave. Suite 106
Brownsville, Texas 78521
(956) 541-4235
(956) 541-9174 (Telecopier)
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to all counsel of record pursuant to the FRCP on this 3 0 day of November, 2000 to:

Ms. Miriam O. Victorian
THORNTON, SUMMERS, BIECHLIN,
DUNHAM & BROWN, L.L.C.
418 East Dove Ave.
McAllen, Texas 78504-2240

ANTHONY TROIANI

## CERTIFICATE OF CONFERENCE

A conference has been held on the merits of this Motion with opposing counsel in charge of this case and she/he is:

__X__   I have been unsuccessful in my attempts to contact opposing counsel.

_____   I have been unsuccessful in my attempts to discuss this matter with opposing counsel as said attorneys have not returned my telephone calls or responded to my letter.

_____   This matter has been discussed with opposing counsel and no agreement on the Motion could be reached.

_____   Opposing counsel has agreed or is unopposed to Movant's request under this Motion

ANTHONY P. TROIANI

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF CAMERON | § |

## AFFIDAVIT

I, **ANTHONY P. TROIANI**, the undersigned, being duly sworn, say:

I.

I am an attorney at law duly licensed to practice in Texas and am counsel for Plaintiffs, **ALMA TAITAGUE** and **BILL TAITAGUE** in this case. This case is set for trial in May, 2001.

II.

Plaintiffs requests an extension for discovery based on the fact that discovery is ongoing and has not been completed. Plaintiffs need additional time to complete to said discovery and to obtain the depositions of individuals who have relevant information pertaining to the above-referenced matter.

III.

This motion is not sought for delay only, but that justice may be done.

_____
**ANTHONY P. TROIANI**

SUBSCRIBED AND SWORN TO BEFORE ME this 30th day of November, 2000, by **ANTHONY P. TROIANI**, to certify which witness my hand and official seal.

_____
NOTARY PUBLIC, STATE OF TEXAS

**ISAURO G. FARIAS**
Notary Public, State of Texas
My Commission Expires
February 06, 2003

# ANTHONY TROIANI

## Attorney at Law - Licenciado

700 Paredes Avenue, Suite 106
Brownsville, Texas 78521
telephone: <956-541-4235>
facsimile: <956-541-9174>

October 27, 2000

**VIA FAX (956) 630-0189**
Ms. Miriam O. Victorian
THORNTON, SUMMERS, BIECHLIN,
DUNHAM & BROWN, L.L.C.
418 East Dove Ave.
McAllen, Texas 78504-2240

    Re:    *COMPLAINT NO. B-00-099;*
            *Alma Taitague and Bill Taitague vs. Albertson's, Inc.*

Dear Ms. Victorian:

    Thank you for sending the color photos of Mrs. Taitague's shoes. It is my understanding that the earlier surveillance tapes and photos have been destroyed, however, I would still appreciate an opportunity to view the September 5, 2000 surveillance tapes. I understand that these are 16 track tapes. To facilitate the process and to lessen the burden on your client I am willing to pay for Alberton's tape related copying costs.

    It is also my understanding that the audio cassette recording of my client, Alma Taitague, taken by the claims adjuster was either inaudible or in someway damaged. Please let me know the status of the above mentioned items at your earliest convenience.

    Additionally, I would like to discuss deposition dates with you. As always, I look forward to hearing from you.

Sincerely,

Anthony P. Troiani

APT:alt



# ANTHONY TROIANI
## Attorney at Law - Licenciado
700 Paredes Avenue, Suite 106
Brownsville, Texas 78521
telephone: <956-541-4235>
facsimile: <956-541-9174>

## FAX COVER SHEET

DATE: 10/27/00         FAX NO.: 956-630-0189

TO: Ms. Miriam O. Victorian

FROM: Anthony Troiani

RE: Taitague v. Albertson's, Inc.

MESSAGE: _____

Total Pages (including cover sheet): 2

PLEASE CALL ALMA @ (956) 541-4235 REGARDING ANY PROBLEMS WITH THIS TRANSMISSION.

### - CONFIDENTIAL -

THE INFORMATION CONTAINED IN THIS FACSIMILE IS ATTORNEY-PRIVILEGED AND MAY BE CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, PLEASE BE ADVISED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED F THIS COMMUNICATION HAS BEEN RECEIVED IN ERROR, NOTIFY US BY TELEPHONE AND RETURN THE FACSIMILE TO US AT THE ABOVE ADDRESS THE U.S. POSTAL SERVICE. THANK YOU.

# HP OfficeJet
## Personal Printer/Fax/Copier

# Fax Log Report for
Anthony Troiani
956-541-9174
Oct-27-00    14:21

| Identification | Result | Pages | Type | Date | Time | Duration | Diagnostic |
|---|---|---|---|---|---|---|---|
| 101081119566300189 | OK | 02 | Sent | Oct-27 | 14:20 | 00:00:52 | 002586030022 |

1.20   2.8

# ANTHONY TROIANI

## Attorney at Law - Licenciado

700 Paredes Avenue, Suite 106
Brownsville, Texas 78521
telephone: <956-541-4235>
facsimile: <956-541-9174>

October 31, 2000

**VIA FAX (956) 630-0189**
Ms. Miriam O. Victorian
THORNTON, SUMMERS, BIECHLIN,
DUNHAM & BROWN, L.L.C.
418 East Dove Ave.
McAllen, Texas 78504-2240

Re: **COMPLAINT NO. B-00-099;**
**Alma Taitague and Bill Taitague vs. Albertson's, Inc.**

Dear Ms. Victorian:

Please let me know when you will be supplementing your discovery. Other than the incident report and the photos, we have not received any additional discovery. Also, please advise if you have safeguarded the surveillance tapes we had requested.

I realize it is your position that they are not relevant, however, I would like to discuss this with you further prior to being informed that they have been shredded or taped over. Please let me know the status of the tapes and when you would like to schedule depositions in this matter.

Sincerely,

Anthony P. Troiani

APT:alt



# ANTHONY TROIANI

## Attorney at Law - Licenciado

700 Paredes Avenue, Suite 106
Brownsville, Texas 78521
telephone: <956-541-4235>
facsimile: <956-541-9174>

## FAX COVER SHEET

DATE: 10/31/00

TO: Ms. Miriam Victorian     FAX #: 956-630-0189

_____       FAX #: _____

_____       FAX #: _____

FROM: Anthony Troiani

RE: Tatogue v. Albertson's

MESSAGE: _____

_____

_____

_____

_____

_____

Total Pages (including cover sheet): 2

PLEASE CALL ALMA @ (956) 541-4235 REGARDING ANY PROBLEMS WITH THIS TRANSMISSION.

### - CONFIDENTIAL -

THE INFORMATION CONTAINED IN THIS FACSIMILE IS ATTORNEY-PRIVILEGED AND MAY BE CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, PLEASE BE ADVISED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF THIS COMMUNICATION HAS BEEN RECEIVED IN ERROR, NOTIFY US BY TELEPHONE AND RETURN THE FACSIMILE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

# HP OfficeJet
# Personal Printer/Fax/Copier

# Fax Log Report for
Anthony Troiani
956-541-9174
Oct-31-00   17:52

| Identification | Result | Pages | Type | Date | Time | Duration | Diagnostic |
|---|---|---|---|---|---|---|---|
| 101081119566300189 | OK | 02 | Sent | Oct-31 | 17:51 | 00:00:52 | 002586030022 |

1.2.0   2.8

# THORNTON, SUMMERS, BIECHLIN DUNHAM & BROWN, L.C.

### ATTORNEYS AT LAW

**Miriam O. Victorian**

Writer's direct e-mail address:
miriam.victorian@thorntonsummers.com

418 EAST DOVE AVENUE
MCALLEN, TEXAS 78504-2240
(956) 630-3080
FAX (956) 630-0189

AUSTIN

CORPUS CHRISTI

SAN ANTONIO

October 30, 2000

**Mr. Anthony Troiani**
**LAW OFFICES OF ANTHONY TROIANI**
700 Paredes Avenue, Suite 106
Brownsville, Texas 78520

    RE:    **CAUSE NO. 2000-CCL-497-B**
           **TAITAGUE VS. ALBERTSON'S, INC.**
           **IN THE COUNTY COURT AT LAW #2**
           **CAMERON COUNTY, TEXAS**
           **Our File No: D-28812/3506 MOV**

**Dear Mr. Troiani:**

    I have received your October 27, 2000 letter.

    The earlier surveillance tapes of the store area in question have not been destroyed. They are recycled by taping over them.

    I will check into the September 5, 2000 videotape and let you know about copying it.

    Finally, from whom did you get the information that the recorded interview of your client was inaudible or changed? I have not been told that.

    I will be leaving this firm at the end of this week to accept a position in Houston. I will pass along your request for depositions to the new attorney handling the file.

                          Very truly yours,

                          **THORNTON, SUMMERS, BIECHLIN,**
                          **DUNHAM & BROWN, L.C.**
                          Rio Grande Valley Office

                          *Miriam O. Victorian*

                          MIRIAM O. VICTORIAN

MOV:cm



NOV - 1 2000

# ANTHONY TROIANI

## Attorney at Law - Licenciado

700 Paredes Avenue, Suite 106
Brownsville, Texas 78521
telephone: <956-541-4235>
facsimile: <956-541-9174>

November 2, 2000

**VIA FAX (956) 630-0189**
Ms. Miriam O. Victorian
THORNTON, SUMMERS, BIECHLIN,
DUNHAM & BROWN, L.L.C.
418 East Dove Ave.
McAllen, Texas 78504-2240

Re: **COMPLAINT NO. B-00-099;**
*Alma Taitague and Bill Taitague vs. Albertson's, Inc.*

Dear Ms. Victorian:

Based on our telephone conversation on November 1, 2000, It is my understanding that you have spoken with the Alberton's store manager and instructed him to safeguard the September 5, 2000 surveillance tapes. I appreciate your consideration in this matter.

Please have the new attorney contact me as soon as possible so that we can work out some the pending discovery issues. Again, congratulations on your new position and I hope you enjoy living in Houston.

Sincerely,



Anthony P. Troiani

APT:alt

# ANTHONY TROIANI
## Attorney at Law - Licenciado

700 Paredes Avenue, Suite 106
Brownsville, Texas 78521
telephone: <956-541-4235>
facsimile: <956-541-9174>

## FAX COVER SHEET

DATE: 11/2/00  FAX NO.: 956-630-0189

TO: Ms. Miriam Victorian

FROM: Anthony Troiani

RE: Tartaque v. Albertson's

MESSAGE: _____

Total Pages (including cover sheet): 2

PLEASE CALL ALMA @ (956) 541-4235 REGARDING ANY PROBLEMS WITH THIS TRANSMISSION.

### - CONFIDENTIAL -

THE INFORMATION CONTAINED IN THIS FACSIMILE IS ATTORNEY-PRIVILEGED AND MAY BE CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, PLEASE BE ADVISED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF THIS COMMUNICATION HAS BEEN RECEIVED IN ERROR, NOTIFY US BY TELEPHONE AND RETURN THE FACSIMILE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

# HP OfficeJet
Personal Printer/Fax/Copier

# Fax Log Report for
Anthony Troiani
956-541-9174
Nov-02-00    15:38

| Identification | Result | Pages | Type | Date | Time | Duration | Diagnostic |
|---|---|---|---|---|---|---|---|
| 10108111956630O189 | OK | 02 | Sent | Nov-02 | 15:37 | 00:00:52 | 002586030022 |

1.2.0   2.8