IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALMA TAITAGUE and BILL TAITAGUE | § § § | |
| VS. | § § | CIVIL ACTION NO. B-00-099 |
| ALBERTSON'S, INC. | § § | |

## ORDER SETTING HEARING

Plaintiffs' Motion to Enlarge Time for Completion of Discovery and Motion for Continuance having come before the Court and the Court after considering same hereby sets it for hearing on the _11TH_ day of _DECEMBER_, 2000, at _1:30_ o'clock _p_.m.

SIGNED FOR ENTRY this _1ST_ day of _DECEMBER_, 2000.

_____
JUDGE PRESIDING