*16*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 1 2000

Michael N. Milby
Clerk of Court

ALMA T. TAITAGUE and BILL TAITAGUE    §
                                      §
VS.                                   §        CIVIL ACTION NO. B-00-99
                                      §
ALBERTSON'S, INC.,                    §

## MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES MARIAM O. VICTORIAN, of the law firm of Thornton, Summers, Biechlin Dunham & Brown, L.C., 418 East Dove, McAllen, Texas 78504, counsel of record for Defendant, ALBERTSON'S, INC., (Movant), and respectfully request permission from the Court to withdraw from this action as counsel of record and substitute in their place and stead, DOUGLAS E. CHAVES of the law firm of Chaves, Gonzales & Hoblit, 2000 Frost Bank Plaza, 802 N. Carancahua, Corpus Christi, Texas, 78470.

Movant further represents to the Court that Plaintiffs will in no way be prejudiced by such substitution of counsel; that no delay in the prosecution of said cause will result by such substitution; and that said substitution is being made with the permission of ALBERTSON'S, INC.

WHEREFORE, PREMISES CONSIDERED, Movant prays that relief be granted as requested herein.

Respectfully submitted,

THORNTON, SUMMERS, BIECHLIN,
DUNHAM & BROWN, L.C.
418 East Dove
McAllen, Texas  78504
(956) 630-3080
(956) 630-0189 fax

By: _Sandra Newbury (SBN 14946900)_
    MARIAM O. VICTORIAN
    State Bar # 20576700
    Federal I.D. # 19601

**APPROVED AS TO FORM AND CONTENT:**

CHAVES, GONZALES & HOBLIT, L.L.P.
2000 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, TX  78470
(361) 888-9392
(361) 888-9187 (facsimile)

By: _____
    Douglas E. Chaves
    Attorney-in Charge for Defendant
    ALBERTSONS
    State Bar No. 04161400
    Federal I.D. # 1895

Of Counsel:

CHAVES, GONZALES, & HOBLIT, L.L.P.
2000 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, TX  78470
(361) 888-9392 - telephone
(361) 888-9187 - facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument has been served upon all counsel of record to this proceeding by the manner indicated below, on this _____ day of December, 2000.

_____
Douglas E. Chaves

**VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED**

MR. ANTHONY TROIANI
LAW OFFICES OF ANTHONY TROIANI
700 Paredes Avenue, Suite 106
Brownsville, Texas 78520
(956) 541-9174 fax

**U.S. REGULAR MAIL**

THORNTON, SUMMERS, BIECHLIN,
DUNHAM & BROWN, L.C.
418 East Dove
McAllen, Texas 78504
(956) 630-0189 fax