17

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 12 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALMA T. TAITAGUE and BILL TAITAGUE | § § | |
| VS. | § | CIVIL ACTION NO. B-00-99 |
| ALBERTSON'S, INC., | § § | |

## ORDER GRANTING SUBSTITUTION OF COUNSEL

BE IT REMEMBERED that on this day, came before this Court, MARIAM O. VICTORIAN of the law firm Thornton, Summers, Biechlin, Dunham & Brown, L.C., Counsel of record for Defendant, ALBERTSON'S, INC., in connection with their Motion to Substitute Counsel. Based upon the Motion, it is believed that the same should be granted and DOUGLAS E. CHAVES of the law firm of Chaves, Gonzales & Hoblit, is hereby allowed to be substituted as counsel of record herein.

EXECUTED this 11TH day of DEC, 2000

_____
JUDGE PRESIDING