United States District Court
Southern District of Texas
FILED

DEC 1 1 2000

Michael N. Milby
Clerk of Court

18

THE HONORABLE JOHN WM. BLACK

HEARING ON PLAINTIFFS' MOTION TO ENLARGE TIME FOR COMPLETION OF DISCOVERY AND MOTION FOR CONTINUANCE

| | |
|---|---|
| CIVIL ACTION NO. <u>B-00-099</u> | DATE & TIME: <u>12-11-00 AT 1:30 P.M.</u> |
| <u>ALMA T. TAITAGUE AND</u> <u>AND BILL TAITAGUE</u> | PLAINTIFF(S) <u>ANTHONY TROIANI</u> COUNSEL |
| VS. | |
| <u>ALBERTSON'S, INC.</u> | DEFENDANT(S) <u>MIRIAM O. VICTORIAN</u> COUNSEL |

-------------------------------------------------------------------------------

ERO: Linda Garcia
Deputy: Paula Tamayo

    Attorneys Anthony Troiani and John Martinez appeared.

    Attorney for Defendant, Miriam Victorian, has left the law firm of Thornton & Summers. Substitution of counsel has been filed.