*19*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 13 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALMA TAITAGUE and BILL TAITAGUE | § § § | |
| VS. | § § | CIVIL ACTION NO. B-00-099 |
| ALBERTSON'S, INC. | § § | |

## ORDER GRANTING MOTION TO ENLARGE TIME
## FOR COMPLETION OF DISCOVERY AND MOTION FOR CONTINUANCE

BE IT REMEMBERED that on the 11th day of December, 2000, came on to be heard Plaintiffs' Motion to Enlarge Time for Completion of Discovery and Motion for Continuance in the above-entitled and numbered cause, and the Court having considered the motion and response, if any, is of the opinion that the motion is in all things good and should be GRANTED; it is therefore;

ORDERED, ADJUDGED and DECREED that the above-numbered and entitled cause continue with its present trial setting of May, 2001; however, the deadline for completion of discovery is and shall be continued until March 23, 2001.

SIGNED this _13_ day of _DECEMBER_, 2000.

_____
JUDGE PRESIDING