AO456(Rev. 5/85) Notice

# United States District Court
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

20

United States District Court
Southern District of Texas
FILED

MAR 2 0 2001

Michael N. Milby
Clerk of Court

TAITAGUE

VS.   NOTICE   B-00-cv-99

ALBERTSON

Type of Case:

☒ CIVIL        ☐ CRIMINAL

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| Place: U.S. District Court U.S. Courthouse, 3rd Floor 600 E. Harrison Street Brownsville, Texas 78520 | Room No: Courtroom # 4 U.S. District Judge Filemon B. Vela |
|---|---|
| | Date: Time: |

| TYPE OF PROCEEDING: | FINAL PRETRIAL AND JURY SELECTION |
|---|---|

☒ TAKE NOTICE that the above proceedings in this case have been rescheduled as indicated below:

| PLACE SAME PLACE | DATE AND TIME PREVIOUSLY SCHEDULED FPT - May 3, 2001 Jury Selection - May 4, 2001 | RESCHEDULED TO, DATE Final Pretrial: April 26, 2001 @ 8:30 a.m. Jury Selection: April 27, 2001 @ 8:30 a.m. |
|---|---|---|

MICHAEL N. MILBY,
CLERK, U.S. DISTRICT COURT

*Lourdes Mardis*
(BY) DEPUTY CLERK

DATE: March 20, 2001

cc:   Attorneys of Record
      Magistrate Judge John Black
      File