21

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 1 2001

Michael N. Milby
Clerk of Court

| ALMA TAITAGUE and BILL TAITAGUE | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-099 |
| | § | |
| | § | |
| ALBERTSON'S, INC. | § | |

## PLAINTIFFS' SECOND MOTION TO ENLARGE TIME FOR COMPLETION OF DISCOVERY

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now come **ALMA TAITAGUE** and **BILL TAITAGUE**, Plaintiffs, in the above-styled and numbered cause and file this their Second Motion To Enlarge Time for Completion of Discovery, and show the Court as follows:

I.

Plaintiffs, Alma Taitague and Bill Taitague sued Defendant, Albertson's, Inc., for personal injuries sustained by Plaintiff, Alma Taitague, as a result of a slip and fall accident.

II.

This case is set for trial in May, 2001. The deadline for completion of discovery is March 23, 2001.

III.

Plaintiffs' counsel needs additional time to obtain the depositions of the following individuals whose testimony is relevant and material to this case: Enid Pryor-Risk

Management for Defendant, Sal Gonzalez-Store Manager of Defendant, Rene Cortez-Employee of Defendant, and Plaintiff's treating orthopedic surgeon.  See *Sablan v. Department of Fin.*, 856 F.2d 1317, 1321-1322 (9th Cir. 1988); *U.S. v. Antioch Found.*, 822 F.2d 693, 697 (7th Cir. 1987).  Plaintiffs have been diligent in attempting to obtain said depositions.  See *Real v. Hogan*, 828 F.2d 58, 63 (1st Cir. 1987); *Antioch Found.*, 822 F.2d at 697.  On March 8, 2001, Plaintiffs' counsel noticed the deposition of Sal Gonzalez and Rene Cortez, employees of Defendant for Friday, March 16, 2001 in Brownsville, Texas. **See attached EXHIBIT "A"**.  However, on March 12, 2001, Plaintiffs' counsel received faxed correspondence from Defendant's counsel advising that Sal Gonzalez was going to be out of town on Friday, March 16, 2001 and that said deposition was cancelled.  **See attached EXHIBIT "B"**.  The depositions of Rene Cortez, an employee of Defendant, and Plaintiffs were scheduled to be taken on March 16, 2001.  **See attached EXHIBIT "C"**. On March 15, 2001, Defendant's counsel contacted Plaintiffs' counsel via telephone canceling the deposition of Rene Cortez scheduled for March 16, 2001.  However, both parties agreed to cancel the depositions scheduled for March 16, 2001 with the understanding that they would be rescheduled at a later date.  Additionally, both parties also agreed to extend the discovery deadline set for March 23, 2001.  **See attached EXHIBIT "D"**.  As a result, Plaintiffs request enlargement of time to supplement said discovery, complete ongoing discovery, and obtain the depositions of the individuals who have relevant information pertaining to the above-referenced matter.

III.

Plaintiffs will suffer substantial prejudice if they are not permitted to complete discovery and/or obtain the depositions of the above-referenced individuals. *Sablan*, 856

F.2d at 1321.  Plaintiffs need additional time to obtain the depositions of Enid Pryor-Risk Management for Defendant, Sal Gonzalez-Store Director of Defendant, Rene Cortez-Employee of Defendant, and Plaintiff Alma Taitague's treating orthopedic surgeon.

IV.

This motion is not sought for delay but that justice may be done.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs respectfully request the Court grant them additional time to complete ongoing discovery for all purposes.  Additionally, Plaintiffs respectfully request the Court to allow them the opportunity to obtain the information requested and grant their Second Motion to Enlarge Time for Completion of Discovery, finding that discovery is still ongoing and extending the deadline for completion of discovery until **April 26, 2001**.  Plaintiffs pray that the Court grant all such other and further relief, special and general, at law or in equity, to which they may show themselves justly entitled.

Respectfully submitted,

LAW OFFICE OF ANTHONY TROIANI

By:_____
ANTHONY P. TROIANI
Fed. I.D. #20607
TBA# 00795914
700 Paredes Ave. Suite 106
Brownsville, Texas 78521
(956) 541-4235
(956) 541-9174 (Telecopier)
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to all counsel of record pursuant to the FRCP on this 21st day of March, 2001 to:

Mr. Douglas Chaves
CHAVES, GONZALES & HOBLIT, L.L.P.
2000 Frost Bank Plaza
802 North Carancahua
Corpus Christi, Texas 78470

ANTHONY TROIANI

## CERTIFICATE OF CONFERENCE

A conference has been held on the merits of this Motion with opposing counsel in charge of this case and she/he is:

_____    I have been unsuccessful in my attempts to contact opposing counsel.

_____    I have been unsuccessful in my attempts to discuss this matter with opposing counsel as said attorneys have not returned my telephone calls or responded to my letter.

_____    This matter has been discussed with opposing counsel and no agreement on the Motion could be reached.

__X__    Opposing counsel has agreed or is unopposed to Movant's request under this Motion

ANTHONY P. TROIANI

STATE OF TEXAS                    §
                                  §
COUNTY OF CAMERON                 §

## AFFIDAVIT

I, **ANTHONY P. TROIANI**, the undersigned, being duly sworn, say:

### I.

I am an attorney at law duly licensed to practice in Texas and am counsel for Plaintiffs, **ALMA TAITAGUE** and **BILL TAITAGUE** in this case.  This case is set for trial in May, 2001.

### II.

Plaintiffs requests an extension for discovery based on the fact that discovery is ongoing and has not been completed.  Plaintiffs need additional time to complete to said discovery and to obtain the depositions of individuals who have relevant information pertaining to the above-referenced matter.

### III.

This motion is not sought for delay only, but that justice may be done.

ANTHONY P. TROIANI

SUBSCRIBED AND SWORN TO BEFORE ME this ___ day of March, 2001, by **ANTHONY P. TROIANI**, to certify which witness my hand and official seal.

NOTARY PUBLIC, STATE OF TEXAS

ISAURO G. FARIAS
Notary Public, State of Texas
My Commission Expires
February 06, 2003

# EXHIBIT "A"

CVisPDF - www.fesiio.com

# ANTHONY TROIANI

**Attorney at Law - Licenciado**

700 Paredes Avenue, Suite 107
Brownsville, Texas 78521
telephone: <956-541-4235>
facsimile: <956-541-9174>

March 8, 2001

**VIA CM, RRR # 7099 3220 0001 2237 4399**
Mr. Douglas Chaves
CHAVES, GONZALES & HOBLIT, L.L.P.
2000 Frost Bank Plaza
802 North Carancahua
Corpus Christi, Texas 78470

Re:     *CAUSE NO. B-00-099*
        *Alma Taitague, et. al. vs. Albertson's, Inc.*

Dear Mr. Chavez:

    In accordance with the new discovery rules, enclosed please find the following:

1.    NOTICE OF INTENTION TO TAKE ORAL DEPOSITION OF SAL GONZALEZ;

2.    NOTICE OF INTENTION TO TAKE ORAL DEPOSITION OF RENE CORTEZ.

    The new rules provide that notice of depositions to parties to the lawsuit are not to be filed with the Court. Accordingly, we are forwarding the originals to you for your files.

    Should you have any questions, please do not hesitate to contact me.

Sincerely,

Anthony P. Troiani

APT:alt

cc:   **VIA FAX: (956) 428-7133**
      Bryant & Stingley, Inc.
      2010 E. Harrison
      Harlingen, Texas 78550

**U.S. Postal Service**
## CERTIFIED MAIL RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

**Article Sent To:**

CORPUS CHRISTI, TX  78470

| | | UNIT ID: 0056 |
|---|---|---|
| Postage | $  0.55 | |
| Certified Fee | 1.90 | |
| Return Receipt Fee (Endorsement Required) | 1.50 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KWW85Y |
| Total Postage & Fees | $  3.95 | 03/08/01 |

**Name** *(Please Print Clearly) (To be completed by mailer)*
Douglas Chaves

**Street, Apt. No.; or PO Box No.**
2000 Frost Bank Plaza

**City, State, ZIP+4.**
Corpus Christi TX 78470

PS Fo.m 3800, July 1999                See Reverse for Instructions

7099 3220 0001 2237 4399

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Douglas L. Chaves
2000 Frost Bank Plaza
802 North Carancahua
Corpus Christi, TX 78470

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by *(Please Print Clearly)*
Alvarado

B. Date of Delivery
3/12

C. Signature
X _____  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number *(Copy from service label)*
7099 3220 0001 2237 4399

PS Form **3811**, July 1999          Domestic Return Receipt          102595-99-M-1789

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ALMA TAITAGUE and BILL TAITAGUE §
§
§
VS. § CIVIL ACTION NO. B-00-099
§
§
ALBERTSON'S, INC. §

### NOTICE OF INTENTION TO TAKE THE ORAL DEPOSITION OF
### SAL GONZALEZ

TO:    Defendant, ALBERTSON'S, INC., by and through its attorney of record, Mr. Douglas Chaves, CHAVES, GONZALES & HOBLIT, 2000 Frost Bank Plaza, 802 North Carancahua, Corpus Christi, Texas 78470.

PLEASE TAKE NOTICE that Plaintiffs, **ALMA TAITAGUE** and **BILL TAITAGUE** will take the oral deposition of Defendant's employee, **SAL GONZALEZ**, on **March 16, 2001** at **9:00 a.m.**, as allowed by the Federal Rules of Civil Procedure 26. The deposition will be taken at the **LAW OFFICE OF ANTHONY TROIANI, 700 Paredes Avenue, Brownsville, Texas 78520** in a conference room located in **Suite 112** before **BRYANT & STINGLEY, INC**. You are so advised so that you may attend and cross-examine the witness. The deposition will continue from day to day until completed.

Respectfully submitted,

LAW OFFICE OF ANTHONY P. TROIANI

By: _____
     Anthony P. Troiani
     700 Paredes Avenue, Suite 107
     Brownsville, Texas 78521

(956) 541-4235
(956) 541-9174 fax
State Bar No.  00795914
Federal I.D. No.  20607

## ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I, Anthony Troiani, do hereby certify that a true and correct copy of the foregoing instrument has been sent on March ____8____, 2001, to:

**VIA CM, RRR # 7099 3220 0001 2237 4399**
Mr. Douglas E. Chaves
CHAVES, GONZALES & HOBLIT, L.L.P.
2000 Frost Bank Plaza
802 North Carancahua
Corpus Christi, Texas 78470

ANTHONY TROIANI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ALMA TAITAGUE and BILL TAITAGUE     § § §

VS.     § §    CIVIL ACTION NO. B-00-099 § §

ALBERTSON'S, INC.     § §

## NOTICE OF INTENTION TO TAKE THE ORAL DEPOSITION OF
## RENE CORTEZ

TO:    Defendant, ALBERTSON'S, INC., by and through its attorney of record, Mr. Douglas Chaves, CHAVES, GONZALES & HOBLIT, 2000 Frost Bank Plaza, 802 North Carancahua, Corpus Christi, Texas 78470.

PLEASE TAKE NOTICE that Plaintiffs, **ALMA TAITAGUE** and **BILL TAITAGUE** will take the oral deposition of Defendant's employee, **RENE CORTEZ**, on **March 16, 2001** at **10:00 a.m.**, as allowed by the Federal Rules of Civil Procedure 26. The deposition will be taken at the **LAW OFFICE OF ANTHONY TROIANI, 700 Paredes Avenue, Brownsville, Texas 78520** in a conference room located in **Suite 112** before **BRYANT & STINGLEY, INC**. You are so advised so that you may attend and cross-examine the witness. The deposition will continue from day to day until completed.

Respectfully submitted,

LAW OFFICE OF ANTHONY P. TROIANI

By: _____
Anthony P. Troiani
700 Paredes Avenue, Suite 107
Brownsville, Texas 78521
**(956) 541-4235**

(956) 541-9174 fax
State Bar No.  00795914
Federal I.D. No.  20607

## ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I, Anthony Troiani, do hereby certify that a true and correct copy of the foregoing instrument has been sent on March ___8___, 2001, to:

**VIA CM, RRR # 7099 3220 0001 2237 4399**
Mr. Douglas E. Chaves
CHAVES, GONZALES & HOBLIT, L.L.P.
2000 Frost Bank Plaza
802 North Carancahua
Corpus Christi, Texas 78470

ANTHONY TROIANI

# EXHIBIT "B"

CVISPDF – www.fwsisi.com

# CHAVES, GONZALES & HOBLIT, L.L.P.

### ATTORNEYS AT LAW

2000 FROST BANK PLAZA
802 NORTH CARANCAHUA
CORPUS CHRISTI, TEXAS 78470

(361) 888-9392 Voice

(361) 888-9187 Facsimile

March 12, 2001

DOUGLAS E. CHAVES*
RUDY GONZALES, JR.*
R. CLAY HOBLIT*
HARVEY FERGUSON, JR.
STEPHEN R. DARLING
DONNA H. McKINNEY
JOEL CRUZ RESENDEZ
GARY E. RAMIREZ
JAIME CAPELO
*Board Certified in Personal Injury Trial Law
Texas Board of Legal Specialization

OF COUNSEL:
HON. PAUL W. NYE
Ret. Chief Justice - 13th Court of Appeals
JAMES W. WRAY, JR.

SENIOR COUNSEL:
THOMAS A. COWEN*
NATHAN MARK RALLS

SCOTT A. CARLSON
ADAM C. CORTEZ
MARK DEKOCH
ROBERTA S. DOHSE
LAURIE J. ELZA
MARCY HERNANDEZ
JOHN B. MARTINEZ
AIDAN PERALES
CATHERINE D. TOBIN
AUDREY MULLERT VICKNAIR*
*Board Certified in Civil Appellate Law
Texas Board of Legal Specialization

SAN ANTONIO OFFICE
(210) 224-9991

**(956) 541-9174 fax**
**MR. ANTHONY P. TROIANI**
**LAW OFFICES OF ANTHONY TROIANI**
**700 Paredes Avenue, Suite 106**
**Brownsville, Texas 78520**

RE:  Civil Action # B.00.99; US District Court Southern District Brownsville Division
Alma T. Taitague and Bill Taitague vs. Albertson's, Inc.

Dear Mr. Troiani,

This is to confirm a conversation between our offices wherein we advised you that the deposition of Mr. Sal Gonzalez on Friday, March 16, 2001 at 9:00 a.m. has been **cancelled.** Mr. Gonzalez had advised us that he will be out of town that day and unable to attend the deposition. Our offices had agreed to use the same court reporter in Brownsville, Texas, as such please notify them of the first deposition cancellation.

Needless to say, if you should have any questions or comments, please do not hesitate to contact me directly. Thank you.

Very truly yours,

Douglas E. Chaves

:fk

# EXHIBIT "C"

CVISPDF – www.fastio.com

# CHAVES, GONZALES & HOBLIT, L.L.P.

### ATTORNEYS AT LAW

2000 FROST BANK PLAZA
802 NORTH CARANCAHUA
CORPUS CHRISTI, TEXAS 78470

(361) 888-9392 Voice

(361) 888-9187 Facsimile

March 6, 2001

DOUGLAS E. CHAVES*
RUDY GONZALES, JR.*
R. CLAY HOBLIT*
HARVEY FERGUSON, JR.
STEPHEN R. DARLING
DONNA H. MCKINNEY
JOEL CRUZ RESENDEZ
GARY E. RAMIREZ
JAIME CAPELO
*Board Certified in Personal Injury Trial Law
Texas Board of Legal Specialization

OF COUNSEL:
HON. PAUL W. NYE
Ret. Chief Justice - 13th Court of Appeals
JAMES W. WRAY, JR.

SENIOR COUNSEL:
THOMAS A. COWEN*
NATHAN MARK RALLS

SCOTT A. CARLSON
ADAM C. CORTEZ
MARK DEKOCH
ROBERTA S. DOHSE
LAURIE J. ELZA
MARCY HERNANDEZ
JOHN B. MARTINEZ
AIDAN PERALES
CATHERINE D. TOBIN
AUDREY MULLERT VICKNAIR*
*Board Certified in Civil Appellate Law
Texas Board of Legal Specialization

SAN ANTONIO OFFICE
(210) 224-9991

*(210) 541-4235 fax*
MR. ANTHONY P. TROIANI
LAW OFFICES OF ANTHONY TROIANI
700 Paredes Avenue, Suite 106
Brownsville, Texas 78520

RE:   Civil Action # B.00.99; US District Court Southern District Brownsville Division
Alma T. Taitague and Bill Taitague vs. Albertson's, Inc.

Dear Mr. Troiani,

Just a short note to forward the notices of oral deposition of Alma Taitague and Bill Taitague for Friday, March 16, 2001, beginning at 1:30 p.m. in Brownsville, Texas. I trust you will find the enclosed documents in order, however, if you have any questions or comments, please do not hesitate to contact me directly. Thank you.

Needless to say, if you should have any questions or comments, please do not hesitate to contact me directly. Thank you.

Very truly yours,

Douglas E. Chaves

:fk

MAR - 3 2001

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ALMA T. TAITAGUE and BILL TAITAGUE §
§
VS. §           CIVIL ACTION NO. B-00-99
§
ALBERTSON'S, INC., §

### NOTICE OF ORAL DEPOSITION OF ALMA T. TAITAGUE

TO:   Plaintiff, ALMA T. TAITAGUE, by and through her attorney of record, Anthony P. Troiani, LAW OFFICES OF ANTHONY TROIANI, 700 Paredes Avenue, Suite 106, Brownsville, Texas 78520.

PLEASE TAKE NOTICE that we intend to and shall take the oral deposition of

**ALMA T. TAITAGUE**, in the above-styled and number cause on the **16TH day of March,**

**2001, commencing at 1:30 p.m.**, and such deposition shall be taken in the Law Offices of

Anthony Troiani, 700 Paredes Avenue, Suite 106, Brownsville, Texas 78520.

The deposition shall be taken before a person authorized to take depositions and

administer oaths, to be used as evidence in the above styled and numbered cause of

action.   The deposition may be videotaped pursuant to Rule 202 of the Texas Rules of

Civil Procedure.

The deposition will continue from day to day until completed, except as rescheduled

and recessed by agreement between the attorneys of record and, in that event, no further

written notice shall be required.

NOD of Alma T. Taitague

1

MAR _ 6  2001

Respectfully submitted,

By: _____

DOUGLAS E. CHAVES
Attorney-in-Charge for Defendant,
ALBERTSON'S, INC.
Federal I.D. No. 1895
State Bar No. 04161400
2000 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, Texas  78470
(361) 888-9392 - telephone
(361) 888-9187 - facsimile

Of Counsel:

Douglas E. Chaves
Federal I.D. No. 1895
State Bar No. 04161400
CHAVES, GONZALES, & HOBLIT, L.L.P.
2000 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, TX  78470
(361) 888-9392 - telephone
(361) 888-9187 - facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument has been served upon all
counsel of record to this proceeding by the manner indicated below, on March 5, 2001.

_____
Douglas E. Chaves

**VIA FAX AND CM/RRR:**
MR. ANTHONY TROIANI
LAW OFFICES OF ANTHONY TROIANI
700 Paredes Avenue, Suite 106
Brownsville, Texas  78520
(956) 541-9174 fax

NOD of Alma T. Taitague

2

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALMA T. TAITAGUE and BILL TAITAGUE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-99 |
| | § | |
| ALBERTSON'S, INC., | § | |
| | § | |

## NOTICE OF ORAL DEPOSITION OF BILL TAITAGUE

TO:   Plaintiff, BILL TAITAGUE, by and through his attorney of record, Anthony P. Troiani, LAW OFFICES OF ANTHONY TROIANI, 700 Paredes Avenue, Suite 106, Brownsville, Texas 78520.

PLEASE TAKE NOTICE that we intend to and shall take the oral deposition of **BILL TAITAGUE**, in the above-styled and number cause on the **16TH day of March, 2001**, **commencing at 2:30 p.m.**, and such deposition shall be taken in the Law Offices of Anthony Troiani, 700 Paredes Avenue, Suite 106, Brownsville, Texas 78520.

The deposition shall be taken before a person authorized to take depositions and administer oaths, to be used as evidence in the above styled and numbered cause of action. The deposition may be videotaped pursuant to Rule 202 of the Texas Rules of Civil Procedure.

The deposition will continue from day to day until completed, except as rescheduled and recessed by agreement between the attorneys of record and, in that event, no further written notice shall be required.

NOD of Alma T. Taitague

1

# EXHIBIT "D"

CibPDF - www.fastio.com

Case 1:00-cv-00099    Document 21    Filed in TXSD on 03/21/2001    Page 21 of 22

# ANTHONY TROIANI

**Attorney at Law - Licenciado**

700 Paredes Avenue, Suite 107
Brownsville, Texas 78521
telephone: <956-541-4235>
facsimile: <956-541-9174>

March 16, 2001

United States District Court
Southern District of Texas
RECEIVED

MAR 16 2001

Michael N. Milby, Clerk of Court

**VIA FAX: (361) 888 9187**
Mr. Douglas Chaves
CHAVES, GONZALES & HOBLIT, L.L.P.
2000 Frost Bank Plaza
802 North Carancahua
Corpus Christi, Texas 78470

Re:     *CAUSE NO. B-00-099*
        *Alma Taitague, et. al.  vs. Albertson's, Inc.*

Dear Mr. Chavez:

I spoke with Aidan Perales, an attorney with your office, yesterday afternoon. During that conversation we agreed that the depositions of Sal Gonzalez, Rene Cortez, Alma Taitague and Bill Taitague scheduled for March 16, 2001 would be canceled. It was agreed that we would reschedule all four depositions on the same day.

Additionally, we discussed and agreed to extend the discovery deadline. The current discovery deadline is March 23, 2001. If you are in agreement with the foregoing, please confirm by signing in the space provided below and faxing your signature back to my office.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

Anthony P. Troiani

APT:alt

Case 1:00-cv-00099   Document 21   Filed in TXSD on 03/21/2001   Page 22 of 22

ACCEPTED AND AGREED TO this the ___16th___ day of March, 2001.

_Douglas E Chaves_
Douglas E. Chaves
Fed. I.D. No. 1895
Attorney for Defendant,
Albertson's, Inc.
State Bar No. 04161400

CIMPDF - www.fasisu.com