22

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
MAR 26 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALMA TAITAGUE and BILL TAITAGUE | § § § | |
| VS. | § § § | CIVIL ACTION NO. B-00-099 |
| ALBERTSON'S, INC. | § § | |

## ORDER GRANTING PLAINTIFFS' SECOND MOTION TO ENLARGE TIME FOR COMPLETION OF DISCOVERY

BE IT REMEMBERED that on the 23RD day of MARCH, 2001, came on to be heard Plaintiffs' Second Motion to Enlarge Time for Completion of Discovery in the above-entitled and numbered cause, and the Court having considered the motion and response, if any, is of the opinion that the motion is in all things good and should be GRANTED; it is therefore;

ORDERED, ADJUDGED and DECREED that the deadline for completion of discovery is and shall be continued until **April 26, 2001**.

SIGNED this 23RD day of MARCH, 2001.

_____
JUDGE PRESIDING