23

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

MAR 26 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| ALMA TAITAGUE AND BILL TAITAGUE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-099 |
| | § | |
| ALBERTSONS, INC. | § | |

TYPE OF CASE:       __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**FINAL PRETRIAL CONFERENCE**

PLACE:                                                         ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**            **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:              CONTINUED TO DATE AND TIME:

**APRIL 13, 2001 AT 1:30 P.M.**                             **APRIL 18, 2001 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MARCH 23, 2001

TO:     MR. ANTHONY P. TROIANI
        MR. DOUGLAS E. CHAVES