25

United States District Court
Southern District of Texas
FILED

APR 1 8 2001

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

FINAL PRETRIAL CONFERENCE

CIVIL ACTION NO. B-00-099         DATE & TIME: ___04-18-01 AT 1:30 P.M.___

ALMA T. TAITAGUE AND              PLAINTIFF(S) ___ANTHONY TROIANI___
AND BILL TAITAGUE                 COUNSEL

VS.

ALBERTSON'S, INC.                 DEFENDANT(S) ___DOUGLAS E. CHAVES___
                                  COUNSEL

---

CSO-Dan Figueroa
ERO-Gabriel Mendieta

    Attorneys Anthony Troiani and Douglas Chaves appeared.

    Pretrial Order will be filed by April 20, 2001.

ClibPDF - www.fastio.com