26

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 2 3 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALMA T. TAITAGUE AND | § | |
| BILL TAITAGUE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-099 |
| | § | |
| ALBERTSON'S, INC. | § | |

## ORDER

Pending before the Court is Plaintiffs' Motion to Compel Discovery and for Sanctions (Docket No. 22). It is ORDERED:

1. That Defendant advise Plaintiffs as to Hector Betancourt's last known address as well as the names and addresses of anyone who may have knowledge of Hector Betancourt's whereabouts.

2. In view of counsel for Defendant's representation that surveillance video tapes of the scene of the accident made the basis of this case no longer exist, it would be fruitless to order their production.

3. Plaintiffs can urge their spoliation instruction after the evidence with respect to that issue has been presented to the trial judge.

4. All other relief sought is **DENIED**.

SIGNED at Brownsville, Texas, this 19th day of April, 2001.

John Wm. Black
United States Magistrate Judge