2c

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 4 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ALMA T. TAITAGUE and BILL TAITAGUE | § § | |
| VS. | § § | CIVIL ACTION NO. B-00-99 |
| ALBERTSON'S, INC., | § | |

## DEFENDANT ALBERTSON'S PROPOSED VOIR DIRE QUESTIONS

COMES NOW, Albertson's, Inc., Defendant in the above styled and numbered cause and respectfully requests the Court ask the following questions in addition to those general questions proposed by the Court.

1. Do any members of the panel know Plaintiff Alma T. Taitague or her husband Bill Taitague?

   For affirmative answers, please inquire how the panel member knows Plaintiff and/or her spouse.

2. Do any members of the panel know anything about the circumstances of Plaintiffs' claims.

3. Do any members of the panel know Plaintiffs' attorney?

   For affirmative answers, please inquire under what circumstances the panel member became acquainted with the Plaintiffs' attorney and whether such circumstances would affect his deliberations in the case.

4. Do any members of the panel know any of the witnesses listed on Plaintiffs' witness list or any members of Plaintiffs' family?

   For affirmative answers, please inquire into the circumstances and whether it will affect the panel members' ability to judge the witness' credibility.

5. Has any member of the panel ever filed a claim for an injury received?

Defendant's Voir Dire Questions

1

For affirmative answers, please inquire concerning when the injury occurred, a brief description of the injury (i.e., automobile accident, on-the-job injury) and whether the panel member still suffers from the effect of the injury.

Additionally, please inquire whether the panel member's experience will affect his or her deliberations in this case.

6. Has any member of the panel filed a lawsuit for personal injury?

7. Have you or any member of your family ever slipped and fallen in a store?

8. Have you or any member of your family ever sustained a shoulder injury or ankle injury?

9. Has any member of the jury panel or their immediate family, consisting of parents, siblings, or children ever been hurt at Albertson's, Inc.?

For affirmative answers please inquire concerning when the injury occurred, a brief description of the injury, and whether the panel member still suffers from the effect of the injury.

Additionally, please inquire whether the panel members experience will affect his or her deliberations in this case.

10. Have any members of the jury panel or their immediate family, consisting of parents, siblings, or children ever injured themselves on the premises of any business?

11. Have any members of your immediate family sustained any accidental bodily injury?

12. Is there any member of the jury panel who feels that Albertson's, Inc. has done something wrong just because the company has been sued?

13. Is there any member of the jury panel who feels Albertson's, Inc. did something wrong and should be held responsible just because the Plaintiff was injured in the store?

14. Even if the evidence shows that Albertson's, Inc. did nothing wrong, do you feel that Albertson's Inc. should automatically pay for the medical bills of Plaintiff, just because the accident happened inside their store?

15. Is there any member of the jury panel who cannot hold Plaintiff, either in whole or in part, responsible for the occurrence in question or her injuries if

the evidence support such a finding?

16. Is there any member of the jury panel who disagrees with the proposition that individuals, such as Plaintiff, should take responsibility for their own actions?

17. Is there any member of the jury panel who believes warnings are necessary for conditions which are open and obvious?

18. Is there any member of the jury panel who has an opinion right now, prior to the introduction of any evidence, that Albertson's, Inc. is negligent in this case?

19. Is there any member of the jury panel who dislikes Albertson's, Inc. for any reason?

20. Is there any member of the jury panel who cannot be fair to Albertson's, Inc. for any reason?

21. Is there any member of the jury panel who cannot keep an open mind and wait for the presentation of all the evidence before forming any conclusions regarding this case?

22. Is there any member of the jury panel who feels that they could not return a verdict denying Plaintiffs any recovery at all if the evidence supports such a verdict?

23. Are there any of you who would tend to favor the Plaintiffs because Albertson's, Inc. is a corporation?

---

UNITED STATES DISTRICT JUDGE

DATE:_____

APPROVAL RECOMMENDED:

By: _____
Douglas E. Chaves
State Bar No. 04161400
Federal ID No. 1895

Defendant's Voir Dire Questions

3

CHAVES, GONZALES & HOBLIT, L.L.P.
2000 Frost Bank Plaza
802 North Carancahua
Corpus Christi, Texas 78470
(512) 888-9392
FAX (512) 888-9187

Attorney in Charge for Defendant,
Albertson's, Inc.

OF COUNSEL:

Douglas E. Chaves
State Bar No. 04161400
Federal ID No. 1895
CHAVES, GONZALES & HOBLIT, L.L.P.
2000 Frost Bank Plaza
802 North Carancahua
Corpus Christi, Texas 78470
(512) 888-9392
FAX (512) 888-9187

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument has been served upon all counsel of record to this proceeding by the manner indicated below, on April 23, 2001.

_____
Douglas E. Chaves

**VIA CM/RRR:**
MR. ANTHONY TROIANI
LAW OFFICES OF ANTHONY TROIANI
700 Paredes Avenue, Suite 106
Brownsville, Texas 78520
(956) 541-9174 fax

Defendant's Voir Dire Questions

4