31

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 25 2001

| ALMA TAITAGUE and BILL TAITAGUE | § | B-00-099 | Michael N. Milby, Clerk of Court |
| | § | C.A./C.R. No. | |
| | § | | |
| | § | | |
| VS. | § | JUDGE | |
| | § | | |
| | § | | |
| | § | COURTROOM CLERK | |
| | § | | |
| | § | | |
| | § | COURT REPORTER | |
| | § | | |
| | § | TRIAL | |
| ALBERTSON'S, INC. | § | PROCEEDING | |

## PLAINTIFFS' AMENDED EXHIBIT LIST

| NO. | DESCRIPTION | OFFR | OBJ | DATE | |
| --- | --- | --- | --- | --- | --- |
| | | | | ADMIT | N/ADMIT |
| 1 | Black Sandals | | | | |
| 2 | Business records of Enrique Griego, M.D. | | | | |
| 3 | Business records of Ples L. Kujawa, M.D. | | | | |
| 4 | Business records of Northeast Methodist Ambulatory Surgery | | | | |
| 5 | Business records of Star Anesthesia, P.A. | | | | |
| 6 | Business records of Rio Grande Valley Imaging Center | | | | |
| 7 | Business records of Dee L. Martinez, M.D. | | | | |
| 8 | Business records of James Key, M.D. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | Business records of Brownsville Physical Therapy Associates | | | | | |
| 10 | Business records of Industrial Mobility Rehabilitation Center | | | | | |
| 11 | Business records of Southern Orthopedics | | | | | |
| 12 | Business records of Brownsville Medical Center | | | | | |
| 13 | Business records of Anant Utturkar, M.D. | | | | | |
| 14 | Business records of William McKinney, M.D. | | | | | |
| 15 | Business records of Allan Kapilivsky, M.D. | | | | | |
| 16 | Deposition of Salvador Gonzales with Exhibits | | | | | |
| 17 | Deposition of Rene Cortez | | | | | |
| 18 | Deposition of Ples L. Kujawa, M.D. with videotape and exhibits | | | | | |
| 19 | A set of (4) photographs of black sandals | | | | | |
| 20 | Defendant's Answers to Plaintiffs' First Set of Interrogatories | | | | | |
| 21 | Defendant's Responses to Plaintiffs' First Set of Request for Production | | | | | |
| 22 | Defendant's Responses to Plaintiffs' First Set of Request for Admissions | | | | | |
| 23 | Defendant's Responses to Plaintiffs' Second Set of Request for Production | | | | | |
| 24 | Defendant's sweep sheets | | | | | |
| 25 | Incident report | | | | | |
| 26 | Pleadings, Motions and Orders of the Court | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Respectfully submitted.

By: _____
Anthony P. Troiani
State Bar No. 00795914
Fed. I.D. No. 20607
Law Office of Anthony Troiani
700 Paredes Avenue, Suite 107
Brownsville, Texas 78521
Tel. (956) 541-4235
Fax. (956) 541-9174

Attorney-in-Charge for Plaintiffs

## CERTIFICATE OF SERVICE

I, Anthony Troiani, do hereby certify that a true and correct copy of the following instrument has been forwarded to all counsel of record pursuant to the FRCP on this 25th day of April, 2001:

Mr. Douglas E. Chaves
CHAVES, GONZALES & HOBLIT, L.L.P.
2000 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, Texas 78470

_____
ANTHONY TROIANI