Case 1:00-cv-00099 Document 33 Filed in TXSD on 04/25/2001 Page 1 of 3

33

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 25 2001

Michael N. Milby, Clerk of Court

ALMA T. TAITAGUE and BILL TAITAGUE §
§
VS. § CIVIL ACTION NO. B-00-99
§
ALBERTSON'S, INC., §

DEFENDANTS', ALBERTSON'S, INC. EXHIBIT LIST

NOW COMES, ALBERTSON'S, Defendant in the above numbered and entitled cause herein, and files this their Exhibit List of exhibits which may be used at the time of trial in this case:

1. Medical Records of:

Dr. Enrique Greigo
Sam Houston X-Rays
Dr. Allan Kapilivsky
Industrial Mobility Rehabilitation Center
Rio Grande Valley Imaging Center
Dr. Dee L. Martinez
Brownsville Medical Center
Orthologic
EBI Medical Systems, Inc.
Valley Baptist Medical Center
Sunrise Chiropractic
Dr. James Key
Dr. Ples Kujawa
Northeast Methodist Ambulatory Surgery Center
Dr. Gary Keener
Dr. Anant K. Utturkar
Dr. William McKinney
Dr. L. Stacy Mitchell
Columbia Valley Regional Medical Center
Dr. Ricardo Abobbati
Dr. Charles Zavala
Kim Cockins, M.D.
Dr. Paul Lenz
Southern Orthopedics
Brownsville Physical Therapy Associates
Star Anesthesia

ClibPDF - www.fastio.com

2. Employment Records of:

   Anthony Troiani
   Perez & Associates
   Dale & Kline
   Thorton, Summers, Biechlin, Dunham & Brown

3. Depositions of:

   Salvador Gonzales with Exhibits
   Rene Cortez
   Ples L. Kujawa, M.D. with video & Exhibits
   Alma Taitague
   Bill Taitague

4. Defendant's Sweep Sheet

5. Incident Report

6 Plaintiff Alma Taitague's Responses and Objections to Defendant's First Set of Request for Production

7 Plaintiffs' Responses to Defendant's Request for Disclosure

8 Plaintiff Bill Taitague's Answers and Objections to Defendant's First Set of Interrogatories

9 Plaintiff Bill Taitague's Responses and Objections to Defendant's First Set of Request for Production

10 Plaintiff Alma Taitague's Responses and Objections to Defendant's First Set of Request for Production

11 Plaintiff Alma Taitague's Answers and Objections to Defendant's First Set of Interrogatories

Respectfully submitted,

By: Douglas E. Chaves
DOUGLAS E. CHAVES
Attorney-in-Charge for Defendant,
ALBERTSON'S, INC.
Federal I.D. No. 1895
State Bar No. 04161400
2000 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, Texas 78470
(361) 888-9392 - telephone
88-9187 – facsimile



ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument has been served upon all counsel of record to this proceeding by the manner indicated below, on April 24, 2001.

Douglas E. Chaves

**VIA FAX AND CM/RRR:**
MR. ANTHONY TROIANI
LAW OFFICES OF ANTHONY TROIANI
700 Paredes Avenue, Suite 106
Brownsville, Texas 78520
(956) 541-9174 fax



ClibPDF - www.fastio.com