34

# CHAVES, GONZALES & HOBLIT, L.L.P.
### ATTORNEYS AT LAW

2000 FROST BANK PLAZA
802 NORTH CARANCAHUA
CORPUS CHRISTI, TEXAS 78470

(361) 888-9392 Voice

(361) 888-9187 Facsimile

DOUGLAS E. CHAVES*
RUDY GONZALES, JR.*
R. CLAY HOBLIT*
HARVEY FERGUSON, JR.
STEPHEN R. DARLING
DONNA H. MCKINNEY
JOEL CRUZ RESENDEZ
GARY E. RAMIREZ
JAIME CAPELO
*Board Certified in Personal Injury Trial Law
Texas Board of Legal Specialization

OF COUNSEL:
HON. PAUL W. NYE
Ret. Chief Justice - 13th Court of Appeals
JAMES W. WRAY, JR.

SENIOR COUNSEL:
THOMAS A. COWEN*
NATHAN MARK RALLS

SCOTT A. CARLSON
ADAM C. CORTEZ
MARK DEKOCH
ROBERTA S. DOHSE
LAURIE J. ELZA
MARCY HERNANDEZ
JOHN B. MARTINEZ
AIDAN PERALES
CATHERINE D. TOBIN
AUDREY MULLERT VICKNAIR*
*Board Certified in Civil Appellate Law
Texas Board of Legal Specialization

SAN ANTONIO OFFICE
(210) 224-9991

April 25, 2001

**(956) 541-9174 fax**
**MR. ANTHONY P. TROIANI**
**LAW OFFICES OF ANTHONY TROIANI**
**700 Paredes Avenue, Suite 106**
**Brownsville, Texas 78520**

RE: Civil Action # B.00.99; US District Court Southern District Brownsville Division
Alma T. Taitague and Bill Taitague vs. Albertson's, Inc.

Dear Mr. Troiani,

This letter is to confirm our telephonic conversation of this date wherein we reached settlement in the above referenced matter.

This case has been settled for the total amount of Fifty Thousand Dollars and no/100 ($50,000.00). It is further understood that each party shall incur their own costs. In addition, standard settlement documents will be forwarded which will include the standard language that Plaintiff will pay any and all liens including but not limited to medical liens out of the proceeds of this settlement.

It is further agreed that all settlement monies shall be paid within thirty days. In order to start the clock running would you please forward your federal tax identification number in order that we may request the settlement drafts immediately.

It is my further understanding that you will notify the court of this settlement tomorrow morning prior to the start of the Final Pre Trial Conference of April 26, 2001, at 8:30 a.m.

Finally, this letter is to constitute a Rule 11 Agreement so that the parties may enforce the agreement if necessary. Accordingly, please evidence your signature below indicating your agreement with the foregoing.

Needless to say, if you have any additional questions or comments, please do not hesitate to contact me directly. Thank you.

Very truly yours,

Douglas E. Chaves

:fk

Agreed to on this 25th day of April, 2001.

MR. ANTHONY P. TROIANI
COUNSEL FOR THE PLAINTIFFS