35

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 7 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ALMA T. TAITAGUE and BILL TAITAGUE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-99 |
| | § | |
| ALBERTSON'S, INC., | § | |

## CERTIFICATE OF WRITTEN DISCOVERY

Defendant Albertson's, Inc. and files the following discovery response on all known

counsel of record:

1.    Albertson's Responses to Plaintiffs' Third Set of Request for Production of
      Documents; and

Respectfully submitted,

By:  _Douglas E. Chaves_
DOUGLAS E. CHAVES
Attorney-in-Charge for Defendant,
ALBERTSON'S, INC.
Federal I.D. No. 1895
State Bar No. 04161400
2000 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, Texas  78470
(361) 888-9392 - telephone
(361) 888-9187 - facsimile

Of Counsel:

Douglas E. Chaves
Federal I.D. No. 1895
State Bar No. 04161400
CHAVES, GONZALES, & HOBLIT, L.L.P.
2000 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, TX  78470

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument has been served upon all counsel of record to this proceeding by the manner indicated below, on April 20, 2001.

_____
Douglas E. Chaves

**VIA FAX AND CM/RRR:**
MR. ANTHONY TROIANI
LAW OFFICES OF ANTHONY TROIANI
700 Paredes Avenue, Suite 106
Brownsville, Texas  78520
(956) 541-9174 fax