36

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

JUN 15 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALMA TAITAGUE AND BILL TAITAGUE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-099 |
| | § | |
| ALBERTSONS, INC. | § | |

TYPE OF CASE:    __X__ CIVIL             ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**
**(WILL NOT BE HELD TELEPHONICALLY)**

PLACE:                                                      ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**        **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME:

**JUNE 19, 2001 AT 8:30 A.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    JUNE 15, 2001

TO:    MR. ANTHONY P. TROIANI
       MR. DOUGLAS E. CHAVES