37

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALMA T. TAITAGUE and BILL TAITAGUE | § § | |
| VS. | § § | CIVIL ACTION NO. B-00-99 |
| ALBERTSON'S, INC., | § | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

BE IT REMEMBERED that on the 19TH day of JUNE, 2001, Plaintiffs, ALMA T. TAITAGUE and BILL TAITAGUE and Defendant ALBERTSON'S, INC. appeared and announced to the Court that they had arrived at a settlement of the controversies existing between them in this cause, under the terms of which settlement this cause, should be dismissed with prejudice against the rights of the Plaintiffs to hereinafter reinstitute the same, and all costs of suit to be taxed and adjudged to each party incurring the same.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that this cause be, and the same is hereby dismissed with prejudice against the rights of the Plaintiffs to reinstitute the same as to this Defendant ALBERTSON'S, INC., and all costs of suit to be taxed and adjudged to each party incurring same.

SIGNED, ORDERED and ENTERED this 19TH day of JUNE, 2001.

_____
**JUDGE PRESIDING**

**APPROVED AND AGREED UPON:**

THE LAW OFFICES OF ANTHONY TROIANI
700 Paredes Avenue, Suite 106
Brownsville, Texas 78520
956-541-4235
956-541-9174 facsimile

By: _____
    Anthony Troiani
    Attorney-in Charge for Plaintiffs
    ALMA TAITAGUE and BILL TAITAGUE
    State Bar No. 00795914
    Federal I.D. No. 20607


CHAVES, GONZALES, & HOBLIT, L.L.P.
2000 Frost Bank Plaza
802 North Carancahua
Corpus Christi, Texas 78470
361-888-9392
361-888-9187 facsimile

By: _____
    Douglas E. Chaves
    Attorney-in Charge for Defendant
    ALBERTSON'S, INC.
    State Bar No. 04161400
    Federal I.D. # 1895